UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN RE:

SID BOYS, CORP. d/b/a KELLOGG'S DINER,

                Debtor.

---------------------------------------------------------------x

Hearing Date:

Case No.: 21-42207-ess

CHAPTER 11

## DEBTOR'S OBJECTIONS TO CREDITOR'S MOTION TO DIRECT DEBTOR'S SURRENDER AND TO CONVERT TO A CHAPTER 7, AND NOTICE OF DEBTOR'S CROSS-MOTION SEEKING AN ORDER DETERMINING THAT THE NON-RESIDENTIAL REAL PROPERTY LEASE IN THIS CASE NEED NOT BE ASSUMED OR REJECTED PURSUANT TO 11 U.S.C. §365(d)(4); AND THAT THE TIME TO ASSUME OR REJECT THE LEASE IS PURSUANT TO 11 U.S.C. §365(d)(2)

**PLEASE TAKE NOTICE** that, a hearing to consider the above-captioned Debtor's Cross-Motion seeking a determination that the non-residential real property lease, as one part of an executory contract, need not be assumed or rejected pursuant to 11 U.S.C. §365(d)(4) but rather pursuant to 11 U.S.C. §365(d)(2), has been scheduled for May 5, 2022 at 10:30 a.m. (Eastern Time), before the Honorable Elizabeth S. Stong, in the Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza, Brooklyn, NY 11201, Courtroom 3585, or as soon thereafter as counsel can be heard. The hearing shall be conducted remotely by telephone and the Dial-in instructions are as follows: Telephone: 888- 808-6929; Access Code: 852 3285.

**PLEASE TAKE FURTHER NOTICE** that objections to the relief requested in the cross-motion, if any, must be in writing and must state with particularity the grounds of the

objection. The objection must be filed with the Clerk of the Bankruptcy Court electronically at www.nycb.uscourts.gov, and a copy of the objection shall be served upon 1) the undersigned counsel for the Debtor; 2) counsel to the movants, Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Attn: Thomas R. Slome, Esq. and Amanda A. Tersigni, Esq.; 3) the Office of the United States Trustee for the Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014; and 4) all parties who have filed a notice of appearance and request for service of documents, so as to be actually received no later than seven (7) days before the hearing date, namely, by 4:00 p.m. on April 28, 2022.

Dated: April 19, 2022

Rachel L. Kaylie, Esq.
Law Offices of Rachel L. Kaylie, P.C.
1702 Avenue Z, Suite 205
Brooklyn, NY 11235
Tel: 718-615-9000
Fax: 718-228-5988
rachel@kaylielaw.com
Attorney for the Debtor/Debtor-in-Possession