# NOTE

KNOW ALL MEN BY THESE PRESENTS, that SID BOYS CORP., a New York corporation with offices at 518 Metropolitan Avenue, Brooklyn, New York 11211,

hereinafter designated as the obligor, does hereby acknowledge the obligor to be indebted to 518 METROPOLITAN AVE. CORP., a New York corporation with offices at 514/518 Metropolitan Avenue, Brooklyn, New York 11211,

hereinafter designated as the obligee, in the sum of TWO MILLION AND 00/100 ($2,000,000.00) DOLLARS.

lawful money of the United States, which said sum the obligor does hereby covenant to pay the said obligee, and the executors, administrators, successors or assigns of the obligee, as follows:

In one hundred and eighty (180) constant monthly installments of $16,877.14, which includes interest at the rate of six (6%) percent per annum, commencing on the 19th day of October, 2013 and ending September 19, 2028. Each payment as received shall be applied FIRST: toward payment of interest at the rate of six (6%) percent per annum on the unpaid balance; and SECOND: The balance remaining of said payment shall be applied toward reduction of the indebtedness. The obligor may make prepayment on five (5) days written notice without penalty, in multiples of no less than Twenty-Five Thousand and 00/100 $25,000.00 Dollars, in accordance to the direct Reduction Schedule attached hereto. Prepayment shall not release the Obligor from making constant monthly payments.

It is understood and agreed that in the event of the non-payment of any one of the above payments and such default shall continue for a period in excess of ten (10) days after written notice (no more than two (2) notices within calendar year), then at the option of the holder of this note, all or any part remaining unpaid hereunder shall forthwith become due and payable. The failure to assert this right shall not be deemed a waiver thereof.

At the option of the obligee, the obligor will pay a "late charge" not to exceed six (6¢) cents for each dollar of payment in arrears exceeding ten (10) days after the due date to cover the extra expense of handling delinquent payments.

IT IS HEREBY EXPRESSLY AGREED, that the said principal sum shall at the option of the obligee become due on the happening of any default. This not may not be changed or terminated orally. The word "obligor" or "obligee" shall be construed as if it read "obligors" or "obligees" whenever the sense of this instrument so requires.

SID BOYS CORP.

By: _____
CHRISTOS SIDERAKIS, President

STATE OF NEW YORK  §
                   §ss.:
COUNTY OF NASSAU   §

On the 19th day of September 2013, before me, the undersigned, personally appeared CHRISTOS SIDERAKIS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

NICHOLAS G PETRAS
Notary Public State of New York
No. 02PE8344685
Qualified in Nassau County
Commission Expires _____

Compound Period ......... : Monthly

Nominal Annual Rate .... : 6.000 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 09/19/2013 | 2,000,000.00 | 1 | | |
| 2 Payment | 10/19/2013 | 16,877.14 | 180 | Monthly | 09/19/2028 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 09/19/2013 | | | | 2,000,000.00 |
| 1 | 10/19/2013 | 16,877.14 | 10,000.00 | 6,877.14 | 1,993,122.86 |
| 2 | 11/19/2013 | 16,877.14 | 9,965.61 | 6,911.53 | 1,986,211.33 |
| 3 | 12/19/2013 | 16,877.14 | 9,931.06 | 6,946.08 | 1,979,265.25 |
| 2013 Totals | | 50,631.42 | 29,896.67 | 20,734.75 | |
| 4 | 01/19/2014 | 16,877.14 | 9,896.33 | 6,980.81 | 1,972,284.44 |
| 5 | 02/19/2014 | 16,877.14 | 9,861.42 | 7,015.72 | 1,965,268.72 |
| 6 | 03/19/2014 | 16,877.14 | 9,826.34 | 7,050.80 | 1,958,217.92 |
| 7 | 04/19/2014 | 16,877.14 | 9,791.09 | 7,086.05 | 1,951,131.87 |
| 8 | 05/19/2014 | 16,877.14 | 9,755.66 | 7,121.48 | 1,944,010.39 |
| 9 | 06/19/2014 | 16,877.14 | 9,720.05 | 7,157.09 | 1,936,853.30 |
| 10 | 07/19/2014 | 16,877.14 | 9,684.27 | 7,192.87 | 1,929,660.43 |
| 11 | 08/19/2014 | 16,877.14 | 9,648.30 | 7,228.84 | 1,922,431.59 |
| 12 | 09/19/2014 | 16,877.14 | 9,612.16 | 7,264.98 | 1,915,166.61 |
| 13 | 10/19/2014 | 16,877.14 | 9,575.83 | 7,301.31 | 1,907,865.30 |
| 14 | 11/19/2014 | 16,877.14 | 9,539.33 | 7,337.81 | 1,900,527.49 |
| 15 | 12/19/2014 | 16,877.14 | 9,502.64 | 7,374.50 | 1,893,152.99 |
| 2014 Totals | | 202,525.68 | 116,413.42 | 86,112.26 | |
| 16 | 01/19/2015 | 16,877.14 | 9,465.76 | 7,411.38 | 1,885,741.61 |
| 17 | 02/19/2015 | 16,877.14 | 9,428.71 | 7,448.43 | 1,878,293.18 |
| 18 | 03/19/2015 | 16,877.14 | 9,391.47 | 7,485.67 | 1,870,807.51 |
| 19 | 04/19/2015 | 16,877.14 | 9,354.04 | 7,523.10 | 1,863,284.41 |
| 20 | 05/19/2015 | 16,877.14 | 9,316.42 | 7,560.72 | 1,855,723.69 |
| 21 | 06/19/2015 | 16,877.14 | 9,278.62 | 7,598.52 | 1,848,125.17 |
| 22 | 07/19/2015 | 16,877.14 | 9,240.63 | 7,636.51 | 1,840,488.66 |
| 23 | 08/19/2015 | 16,877.14 | 9,202.44 | 7,674.70 | 1,832,813.96 |
| 24 | 09/19/2015 | 16,877.14 | 9,164.07 | 7,713.07 | 1,825,100.89 |
| 25 | 10/19/2015 | 16,877.14 | 9,125.50 | 7,751.64 | 1,817,349.25 |
| 26 | 11/19/2015 | 16,877.14 | 9,086.75 | 7,790.39 | 1,809,558.86 |
| 27 | 12/19/2015 | 16,877.14 | 9,047.79 | 7,829.35 | 1,801,729.51 |
| 2015 Totals | | 202,525.68 | 111,102.20 | 91,423.48 | |
| 28 | 01/19/2016 | 16,877.14 | 9,008.65 | 7,868.49 | 1,793,861.02 |
| 29 | 02/19/2016 | 16,877.14 | 8,969.31 | 7,907.83 | 1,785,953.19 |
| 30 | 03/19/2016 | 16,877.14 | 8,929.77 | 7,947.37 | 1,778,005.82 |
| 31 | 04/19/2016 | 16,877.14 | 8,890.03 | 7,987.11 | 1,770,018.71 |

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 32 | 05/19/2016 | 16,877.14 | 8,850.09 | 8,027.05 | 1,761,991.66 |
| 33 | 06/19/2016 | 16,877.14 | 8,809.96 | 8,067.18 | 1,753,924.48 |
| 34 | 07/19/2016 | 16,877.14 | 8,769.62 | 8,107.52 | 1,745,816.96 |
| 35 | 08/19/2016 | 16,877.14 | 8,729.08 | 8,148.06 | 1,737,668.90 |
| 36 | 09/19/2016 | 16,877.14 | 8,688.34 | 8,188.80 | 1,729,480.10 |
| 37 | 10/19/2016 | 16,877.14 | 8,647.40 | 8,229.74 | 1,721,250.36 |
| 38 | 11/19/2016 | 16,877.14 | 8,606.25 | 8,270.89 | 1,712,979.47 |
| 39 | 12/19/2016 | 16,877.14 | 8,564.90 | 8,312.24 | 1,704,667.23 |
| 2016 Totals | | 202,525.68 | 105,463.40 | 97,062.28 | |
| 40 | 01/19/2017 | 16,877.14 | 8,523.34 | 8,353.80 | 1,696,313.43 |
| 41 | 02/19/2017 | 16,877.14 | 8,481.57 | 8,395.57 | 1,687,917.86 |
| 42 | 03/19/2017 | 16,877.14 | 8,439.59 | 8,437.55 | 1,679,480.31 |
| 43 | 04/19/2017 | 16,877.14 | 8,397.40 | 8,479.74 | 1,671,000.57 |
| 44 | 05/19/2017 | 16,877.14 | 8,355.00 | 8,522.14 | 1,662,478.43 |
| 45 | 06/19/2017 | 16,877.14 | 8,312.39 | 8,564.75 | 1,653,913.68 |
| 46 | 07/19/2017 | 16,877.14 | 8,269.57 | 8,607.57 | 1,645,306.11 |
| 47 | 08/19/2017 | 16,877.14 | 8,226.53 | 8,650.61 | 1,636,655.50 |
| 48 | 09/19/2017 | 16,877.14 | 8,183.28 | 8,693.86 | 1,627,961.64 |
| 49 | 10/19/2017 | 16,877.14 | 8,139.81 | 8,737.33 | 1,619,224.31 |
| 50 | 11/19/2017 | 16,877.14 | 8,096.12 | 8,781.02 | 1,610,443.29 |
| 51 | 12/19/2017 | 16,877.14 | 8,052.22 | 8,824.92 | 1,601,618.37 |
| 2017 Totals | | 202,525.68 | 99,476.82 | 103,048.86 | |
| 52 | 01/19/2018 | 16,877.14 | 8,008.09 | 8,869.05 | 1,592,749.32 |
| 53 | 02/19/2018 | 16,877.14 | 7,963.75 | 8,913.39 | 1,583,835.93 |
| 54 | 03/19/2018 | 16,877.14 | 7,919.18 | 8,957.96 | 1,574,877.97 |
| 55 | 04/19/2018 | 16,877.14 | 7,874.39 | 9,002.75 | 1,565,875.22 |
| 56 | 05/19/2018 | 16,877.14 | 7,829.38 | 9,047.76 | 1,556,827.46 |
| 57 | 06/19/2018 | 16,877.14 | 7,784.14 | 9,093.00 | 1,547,734.46 |
| 58 | 07/19/2018 | 16,877.14 | 7,738.67 | 9,138.47 | 1,538,595.99 |
| 59 | 08/19/2018 | 16,877.14 | 7,692.98 | 9,184.16 | 1,529,411.83 |
| 60 | 09/19/2018 | 16,877.14 | 7,647.06 | 9,230.08 | 1,520,181.75 |
| 61 | 10/19/2018 | 16,877.14 | 7,600.91 | 9,276.23 | 1,510,905.52 |
| 62 | 11/19/2018 | 16,877.14 | 7,554.53 | 9,322.61 | 1,501,582.91 |
| 63 | 12/19/2018 | 16,877.14 | 7,507.91 | 9,369.23 | 1,492,213.68 |
| 2018 Totals | | 202,525.68 | 93,120.99 | 109,404.69 | |
| 64 | 01/19/2019 | 16,877.14 | 7,461.07 | 9,416.07 | 1,482,797.61 |
| 65 | 02/19/2019 | 16,877.14 | 7,413.99 | 9,463.15 | 1,473,334.46 |
| 66 | 03/19/2019 | 16,877.14 | 7,366.67 | 9,510.47 | 1,463,823.99 |
| 67 | 04/19/2019 | 16,877.14 | 7,319.12 | 9,558.02 | 1,454,265.97 |
| 68 | 05/19/2019 | 16,877.14 | 7,271.33 | 9,605.81 | 1,444,660.16 |
| 69 | 06/19/2019 | 16,877.14 | 7,223.30 | 9,653.84 | 1,435,006.32 |
| 70 | 07/19/2019 | 16,877.14 | 7,175.03 | 9,702.11 | 1,425,304.21 |
| 71 | 08/19/2019 | 16,877.14 | 7,126.52 | 9,750.62 | 1,415,553.59 |
| 72 | 09/19/2019 | 16,877.14 | 7,077.77 | 9,799.37 | 1,405,754.22 |
| 73 | 10/19/2019 | 16,877.14 | 7,028.77 | 9,848.37 | 1,395,905.85 |
| 74 | 11/19/2019 | 16,877.14 | 6,979.53 | 9,897.61 | 1,386,008.24 |
| 75 | 12/19/2019 | 16,877.14 | 6,930.04 | 9,947.10 | 1,376,061.14 |
| 2019 Totals | | 202,525.68 | 86,373.14 | 116,152.54 | |