| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 76 | 01/19/2020 | 16,877.14 | 6,880.31 | 9,996.83 | 1,366,064.31 |
| 77 | 02/19/2020 | 16,877.14 | 6,830.32 | 10,046.82 | 1,356,017.49 |
| 78 | 03/19/2020 | 16,877.14 | 6,780.09 | 10,097.05 | 1,345,920.44 |
| 79 | 04/19/2020 | 16,877.14 | 6,729.60 | 10,147.54 | 1,335,772.90 |
| 80 | 05/19/2020 | 16,877.14 | 6,678.86 | 10,198.28 | 1,325,574.62 |
| 81 | 06/19/2020 | 16,877.14 | 6,627.87 | 10,249.27 | 1,315,325.35 |
| 82 | 07/19/2020 | 16,877.14 | 6,576.63 | 10,300.51 | 1,305,024.84 |
| 83 | 08/19/2020 | 16,877.14 | 6,525.12 | 10,352.02 | 1,294,672.82 |
| 84 | 09/19/2020 | 16,877.14 | 6,473.36 | 10,403.78 | 1,284,269.04 |
| 85 | 10/19/2020 | 16,877.14 | 6,421.35 | 10,455.79 | 1,273,813.25 |
| 86 | 11/19/2020 | 16,877.14 | 6,369.07 | 10,508.07 | 1,263,305.18 |
| 87 | 12/19/2020 | 16,877.14 | 6,316.53 | 10,560.61 | 1,252,744.57 |
| 2020 Totals | | 202,525.68 | 79,209.11 | 123,316.57 | |
| 88 | 01/19/2021 | 16,877.14 | 6,263.72 | 10,613.42 | 1,242,131.15 |
| 89 | 02/19/2021 | 16,877.14 | 6,210.66 | 10,666.48 | 1,231,464.67 |
| 90 | 03/19/2021 | 16,877.14 | 6,157.32 | 10,719.82 | 1,220,744.85 |
| 91 | 04/19/2021 | 16,877.14 | 6,103.72 | 10,773.42 | 1,209,971.43 |
| 92 | 05/19/2021 | 16,877.14 | 6,049.86 | 10,827.28 | 1,199,144.15 |
| 93 | 06/19/2021 | 16,877.14 | 5,995.72 | 10,881.42 | 1,188,262.73 |
| 94 | 07/19/2021 | 16,877.14 | 5,941.31 | 10,935.83 | 1,177,326.90 |
| 95 | 08/19/2021 | 16,877.14 | 5,886.63 | 10,990.51 | 1,166,336.39 |
| 96 | 09/19/2021 | 16,877.14 | 5,831.68 | 11,045.46 | 1,155,290.93 |
| 97 | 10/19/2021 | 16,877.14 | 5,776.45 | 11,100.69 | 1,144,190.24 |
| 98 | 11/19/2021 | 16,877.14 | 5,720.95 | 11,156.19 | 1,133,034.05 |
| 99 | 12/19/2021 | 16,877.14 | 5,665.17 | 11,211.97 | 1,121,822.08 |
| 2021 Totals | | 202,525.68 | 71,603.19 | 130,922.49 | |
| 100 | 01/19/2022 | 16,877.14 | 5,609.11 | 11,268.03 | 1,110,554.05 |
| 101 | 02/19/2022 | 16,877.14 | 5,552.77 | 11,324.37 | 1,099,229.68 |
| 102 | 03/19/2022 | 16,877.14 | 5,496.15 | 11,380.99 | 1,087,848.69 |
| 103 | 04/19/2022 | 16,877.14 | 5,439.24 | 11,437.90 | 1,076,410.79 |
| 104 | 05/19/2022 | 16,877.14 | 5,382.05 | 11,495.09 | 1,064,915.70 |
| 105 | 06/19/2022 | 16,877.14 | 5,324.58 | 11,552.56 | 1,053,363.14 |
| 106 | 07/19/2022 | 16,877.14 | 5,266.82 | 11,610.32 | 1,041,752.82 |
| 107 | 08/19/2022 | 16,877.14 | 5,208.76 | 11,668.38 | 1,030,084.44 |
| 108 | 09/19/2022 | 16,877.14 | 5,150.42 | 11,726.72 | 1,018,357.72 |
| 109 | 10/19/2022 | 16,877.14 | 5,091.79 | 11,785.35 | 1,006,572.37 |
| 110 | 11/19/2022 | 16,877.14 | 5,032.86 | 11,844.28 | 994,728.09 |
| 111 | 12/19/2022 | 16,877.14 | 4,973.64 | 11,903.50 | 982,824.59 |
| 2022 Totals | | 202,525.68 | 63,528.19 | 138,997.49 | |
| 112 | 01/19/2023 | 16,877.14 | 4,914.12 | 11,963.02 | 970,861.57 |
| 113 | 02/19/2023 | 16,877.14 | 4,854.31 | 12,022.83 | 958,838.74 |
| 114 | 03/19/2023 | 16,877.14 | 4,794.19 | 12,082.95 | 946,755.79 |
| 115 | 04/19/2023 | 16,877.14 | 4,733.78 | 12,143.36 | 934,612.43 |
| 116 | 05/19/2023 | 16,877.14 | 4,673.06 | 12,204.08 | 922,408.35 |
| 117 | 06/19/2023 | 16,877.14 | 4,612.04 | 12,265.10 | 910,143.25 |
| 118 | 07/19/2023 | 16,877.14 | 4,550.72 | 12,326.42 | 897,816.83 |
| 119 | 08/19/2023 | 16,877.14 | 4,489.08 | 12,388.06 | 885,428.77 |
| 120 | 09/19/2023 | 16,877.14 | 4,427.14 | 12,450.00 | 872,978.77 |

09/13/2... 10:06:25 AM Page 4

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 121 | 10/19/2023 | 16,877.14 | 4,364.89 | 12,512.25 | 860,466.52 |
| 122 | 11/19/2023 | 16,877.14 | 4,302.33 | 12,574.81 | 847,891.71 |
| 123 | 12/19/2023 | 16,877.14 | 4,239.46 | 12,637.68 | 835,254.03 |
| 2023 Totals | | 202,525.68 | 54,955.12 | 147,570.56 | |
| 124 | 01/19/2024 | 16,877.14 | 4,176.27 | 12,700.87 | 822,553.16 |
| 125 | 02/19/2024 | 16,877.14 | 4,112.77 | 12,764.37 | 809,788.79 |
| 126 | 03/19/2024 | 16,877.14 | 4,048.94 | 12,828.20 | 796,960.59 |
| 127 | 04/19/2024 | 16,877.14 | 3,984.80 | 12,892.34 | 784,068.25 |
| 128 | 05/19/2024 | 16,877.14 | 3,920.34 | 12,956.80 | 771,111.45 |
| 129 | 06/19/2024 | 16,877.14 | 3,855.56 | 13,021.58 | 758,089.87 |
| 130 | 07/19/2024 | 16,877.14 | 3,790.45 | 13,086.69 | 745,003.18 |
| 131 | 08/19/2024 | 16,877.14 | 3,725.02 | 13,152.12 | 731,851.06 |
| 132 | 09/19/2024 | 16,877.14 | 3,659.26 | 13,217.88 | 718,633.18 |
| 133 | 10/19/2024 | 16,877.14 | 3,593.17 | 13,283.97 | 705,349.21 |
| 134 | 11/19/2024 | 16,877.14 | 3,526.75 | 13,350.39 | 691,998.82 |
| 135 | 12/19/2024 | 16,877.14 | 3,459.99 | 13,417.15 | 678,581.67 |
| 2024 Totals | | 202,525.68 | 45,853.32 | 156,672.36 | |
| 136 | 01/19/2025 | 16,877.14 | 3,392.91 | 13,484.23 | 665,097.44 |
| 137 | 02/19/2025 | 16,877.14 | 3,325.49 | 13,551.65 | 651,545.79 |
| 138 | 03/19/2025 | 16,877.14 | 3,257.73 | 13,619.41 | 637,926.38 |
| 139 | 04/19/2025 | 16,877.14 | 3,189.63 | 13,687.51 | 624,238.87 |
| 140 | 05/19/2025 | 16,877.14 | 3,121.19 | 13,755.95 | 610,482.92 |
| 141 | 06/19/2025 | 16,877.14 | 3,052.41 | 13,824.73 | 596,658.19 |
| 142 | 07/19/2025 | 16,877.14 | 2,983.29 | 13,893.85 | 582,764.34 |
| 143 | 08/19/2025 | 16,877.14 | 2,913.82 | 13,963.32 | 568,801.02 |
| 144 | 09/19/2025 | 16,877.14 | 2,844.01 | 14,033.13 | 554,767.89 |
| 145 | 10/19/2025 | 16,877.14 | 2,773.84 | 14,103.30 | 540,664.59 |
| 146 | 11/19/2025 | 16,877.14 | 2,703.32 | 14,173.82 | 526,490.77 |
| 147 | 12/19/2025 | 16,877.14 | 2,632.45 | 14,244.69 | 512,246.08 |
| 2025 Totals | | 202,525.68 | 36,190.09 | 166,335.59 | |
| 148 | 01/19/2026 | 16,877.14 | 2,561.23 | 14,315.91 | 497,930.17 |
| 149 | 02/19/2026 | 16,877.14 | 2,489.65 | 14,387.49 | 483,542.68 |
| 150 | 03/19/2026 | 16,877.14 | 2,417.71 | 14,459.43 | 469,083.25 |
| 151 | 04/19/2026 | 16,877.14 | 2,345.42 | 14,531.72 | 454,551.53 |
| 152 | 05/19/2026 | 16,877.14 | 2,272.76 | 14,604.38 | 439,947.15 |
| 153 | 06/19/2026 | 16,877.14 | 2,199.74 | 14,677.40 | 425,269.75 |
| 154 | 07/19/2026 | 16,877.14 | 2,126.35 | 14,750.79 | 410,518.96 |
| 155 | 08/19/2026 | 16,877.14 | 2,052.59 | 14,824.55 | 395,694.41 |
| 156 | 09/19/2026 | 16,877.14 | 1,978.47 | 14,898.67 | 380,795.74 |
| 157 | 10/19/2026 | 16,877.14 | 1,903.98 | 14,973.16 | 365,822.58 |
| 158 | 11/19/2026 | 16,877.14 | 1,829.11 | 15,048.03 | 350,774.55 |
| 159 | 12/19/2026 | 16,877.14 | 1,753.87 | 15,123.27 | 335,651.28 |
| 2026 Totals | | 202,525.68 | 25,930.88 | 176,594.80 | |
| 160 | 01/19/2027 | 16,877.14 | 1,678.26 | 15,198.88 | 320,452.40 |
| 161 | 02/19/2027 | 16,877.14 | 1,602.26 | 15,274.88 | 305,177.52 |
| 162 | 03/19/2027 | 16,877.14 | 1,525.89 | 15,351.25 | 289,826.27 |
| 163 | 04/19/2027 | 16,877.14 | 1,449.13 | 15,428.01 | 274,398.26 |

09/13/2― 10:06:25 AM Page 5

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| 164 05/19/2027 | 16,877.14 | 1,371.99 | 15,505.15 | 258,893.11 |
| 165 06/19/2027 | 16,877.14 | 1,294.47 | 15,582.67 | 243,310.44 |
| 166 07/19/2027 | 16,877.14 | 1,216.55 | 15,660.59 | 227,649.85 |
| 167 08/19/2027 | 16,877.14 | 1,138.25 | 15,738.89 | 211,910.96 |
| 168 09/19/2027 | 16,877.14 | 1,059.55 | 15,817.59 | 196,093.37 |
| 169 10/19/2027 | 16,877.14 | 980.47 | 15,896.67 | 180,196.70 |
| 170 11/19/2027 | 16,877.14 | 900.98 | 15,976.16 | 164,220.54 |
| 171 12/19/2027 | 16,877.14 | 821.10 | 16,056.04 | 148,164.50 |
| 2027 Totals | 202,525.68 | 15,038.90 | 187,486.78 | |
| 172 01/19/2028 | 16,877.14 | 740.82 | 16,136.32 | 132,028.18 |
| 173 02/19/2028 | 16,877.14 | 660.14 | 16,217.00 | 115,811.18 |
| 174 03/19/2028 | 16,877.14 | 579.06 | 16,298.08 | 99,513.10 |
| 175 04/19/2028 | 16,877.14 | 497.57 | 16,379.57 | 83,133.53 |
| 176 05/19/2028 | 16,877.14 | 415.67 | 16,461.47 | 66,672.06 |
| 177 06/19/2028 | 16,877.14 | 333.36 | 16,543.78 | 50,128.28 |
| 178 07/19/2028 | 16,877.14 | 250.64 | 16,626.50 | 33,501.78 |
| 179 08/19/2028 | 16,877.14 | 167.51 | 16,709.63 | 16,792.15 |
| 180 09/19/2028 | 16,877.14 | 84.99 | 16,792.15 | 0.00 |
| 2028 Totals | 151,894.26 | 3,729.76 | 148,164.50 | |
| Grand Totals | 3,037,885.20 | 1,037,885.20 | 2,000,000.00 | |