UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                                           Chapter 11

SID BOYS CORP. d/b/a KELLOGG'S DINER,      Case No.: 21-42207-ESS

                Debtor.
----------------------------------------------------------------X

## MEDIATOR'S REPORT

      The undersigned was appointed to serve as a mediator in this case pursuant to a Stipulation and Mediation Order entered on May 17, 2022 [ECF No. 61]. The mediation session was conducted in person at the offices of Cullen and Dykman, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, on June 1, 2022. Irene Siderakis participated on behalf of the Debtor and was represented by Rachel Kaylie, Esq. Frank Fiotos, Arhodissa Fiotodimitrakis, and Chrisoula Fiotodimitrakis participated on behalf of 514 Fioto Property Corp. and 518 Metropolitan Avenue Corp., and were represented by Thomas Slome, Esq. and Thomas Cascione, Esq., with the assistance of Dennis N. Yuelys, CPA.

      The mediation was concluded in the following manner: The parties did not reach a settlement.

Dated: New York, New York
         June 2, 2022

                                                            */s/ Paul A. Rubin*
                                                         Paul A. Rubin

                                            345 Seventh Avenue, 21st Floor
                                            New York, New York 10001
                                            Telephone: 212.390.8054
                                            Facsimile: 212.390.8064
                                            Email: prubin@rubinlawllc.com