**Fill in this information to identify the case:**

Debtor name  **Sid Boys Corp.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **1-21-42207**

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**514 Fioto Property Corp.**<br>**514/518 Metropolitan Ave.**<br>**Brooklyn, NY 11211**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **real estate taxes owed per lease dated Sept. 19, 2013**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$72,000.00** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**514 Fioto Property Corp.**<br>**514/518 Metropolitan Aven**<br>**Brooklyn, NY 11211**<br><br>Date(s) debt was incurred  **February 2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **rent owed for lease dated September 19, 2013**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$285,000.00** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Aramark Uniform Services**<br>**P.O. Box 28050**<br>**New York, NY 10087-8050**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **9844** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **uniform and linen services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,540.00** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285**<br><br>Date(s) debt was incurred  **8/28/21**<br>Last 4 digits of account number  **1322** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **credit card for business**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$300.00** |

| Debtor | Sid Boys Corp. | Case number (if known) | 1-21-42207 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Consolidated Edison Co.<br>4 Irving Place, 18th Floo<br>New York, NY 10003<br>**Date(s) debt was incurred** 2020<br>**Last 4 digits of account number** 0021 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** electric services provided to debtor's restaurant<br>Is the claim subject to offset? ■ No ☐ Yes | $45,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Esgar Romero, et al<br>c/oVirginia & AmbinderLLP<br>40 Broad Street<br>7th Floor<br>New York, NY 10004<br>**Date(s) debt was incurred** 2018<br>**Last 4 digits of account number** 6583 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** alleged unpaid wages<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>National Grid<br>PO Box 11737<br>Newark, NJ 07101<br>**Date(s) debt was incurred** 2020<br>**Last 4 digits of account number** 8957 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** gas provided to debtor's restaurant<br>Is the claim subject to offset? ■ No ☐ Yes | $23,168.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Rivkin Radler<br>926 RXR Plaza<br>Uniondale, NY 11556<br>**Date(s) debt was incurred** June 2019<br>**Last 4 digits of account number** 0001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** legal fees for representation in Romero federal wage law suit<br>Is the claim subject to offset? ■ No ☐ Yes | $70,000.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Small Business Administra<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Payroll Protection Plan loan application for loan forgiveness to be submitted<br>Is the claim subject to offset? ■ No ☐ Yes | $257,554.00 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 757,562.00 |

| Debtor | **Sid Boys Corp.** | Case number (if known) | **1-21-42207** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $  **757,562.00**