# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Case No. 21-42207-ess |
| Sid Boys Corp. d/b/a Kellogg's Diner, | ) | Chapter 11 |
| Debtor. | ) | Hon. Elizabeth S. Stong |

### ORDER EXTENDING THE DEADLINE FOR DEBTOR TO FILE AN AMENDED PLAN AND TO CONFIRM A PLAN TO DECEMBER 30, 2022

This cause coming to be heard on the Debtor's Motion to Extend the Deadline To December 30, 2022 To File An Amended Plan, If Any, and To Confirm A Plan Of Reorganization Pursuant To 11 U.S.C. § 1119(e) and § 1121(e)(3), ***and*** ~~the Court hereby finds~~:

***WHEREAS,*** adequate notice of the Motion was provided, as the Debtor's Motion is brought together with a stipulation of all creditors who have appeared in this Bankruptcy proceeding, and therefore good cause exists to shorten the notice period to 17 days; and

***WHEREAS, based on the entire record*** It is more likely than not that a plan of reorganization will be confirmed within a reasonable period of time. ~~and fully advised in the premises~~;

***NOW, THEREFORE***, it is hereby

***ORDERED, that*** the deadline by which the Debtor may file an amended plan, if any, and by which the ***Debtor may*** ~~Court will~~ confirm any plan of reorganization then on file, is extended to and until December 30, 2022.

Dated: Brooklyn, New York
November 3, 2022



_____
Elizabeth S. Stong
United States Bankruptcy Judge