LAW OFFICES OF RACHEL L. KAYLIE, P.C.
1702 Avenue Z, Suite 205
Brooklyn, New York 11235
Telephone Number: (718) 615-9000
Facsimile Number: (718) 228-5988
Email: rachel@kaylielaw.com
Website: kaylielaw.com

Rachel L. Kaylie, Esq.*
Rosalyn Maldonado, Esq.**

\* Admitted in NY, NJ, CT and DC
\*\* Of Counsel

December 19, 2022

Hon. Elizabeth Stong
United States Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

RE: Debtor: Sid Boys Corp. d/b/a Kellogg's Diner
Bankruptcy Case #21-42207-ess

Dear Hon. Stong:

I represent the Debtor, Sid Boys Corp. d/b/a Kellogg's Diner, in regards to the above-referenced bankruptcy case number. As directed by the court, I am filing this status letter to bring the court current on this matter.

Since our last court appearance on November 30, 2022, the undersigned has conferred with Tom Slome, the attorney for the landlord/secured creditor, and at this point, we were not able to come to a settlement. However, I do believe that settlement is still possible and, in the meantime, the Debtor's principle, unfortunately, had a medical emergency. She got seriously ill with a kidney stone and infection, and was hospitalized for several days. She underwent kidney surgery on December 9, 2022, and is facing a second kidney surgery on or about December 28, 2022.

Therefore, due to Ms. Siderakis' serious medical condition, which requires much bed rest, she has not been able to discuss with counsel and the Debtor's accountant further terms of possible settlement.

As such, we are respectfully requesting an adjournment from the December 21, 2022 court date to a date in mid-January to allow Ms. Siderakis the time to recover from her kidney surgeries and focus on the terms of a possible settlement.

Thank you to the Court for your continued efforts and courtesy in this matter.

Respectfully submitted,

*Rachel L. Kaylie*

Rachel L. Kaylie

CC:

Rachel Wolf, Esq.
Office of the United States Trustee EDNY
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Thomas R. Slome, Esq.
Cullen and Dykman, LLP
100 Quentin Roosevelt Blvd.
Garden City, NY 11530