# SID BOYS CORP
# Profit & Loss
### December 2022

|  | Dec 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 270,857.07 |
| **Total Income** | 270,857.07 |
| **Cost of Goods Sold** | |
| Food Purchases | 116,568.56 |
| LIQUOR | 1,751.52 |
| Restaurant Supplies | 6,976.30 |
| **Total COGS** | 125,296.38 |
| **Gross Profit** | 145,560.69 |
| **Expense** | |
| APPLIANCES | 2,123.06 |
| BACK FLOW TEST | 250.00 |
| BANKRUPTCY CASE | 27.50 |
| Business Licenses and Permits | 171.60 |
| CC FEES | 303.91 |
| Exterminator | 275.15 |
| FINES & VIOLATIONS | 1,250.00 |
| Insurance Expense | |
|   GENERAL LIABILITY | 4,654.41 |
|   Life and Disability Insurance | 5,876.63 |
| **Total Insurance Expense** | 10,531.04 |
| Office Supplies | 644.96 |
| Officer's Compensation | 9,615.35 |
| Salaries & Wages | 92,746.08 |
| PAYROLL FEE | 589.69 |
| PAYROLL TAX | 10,213.84 |
| PROPERTY TAXES | 435.58 |
| Rent Expense | 22,181.15 |
| Repairs and Maintenance | 521.46 |
| Telephone Expense | 1,411.40 |
| Uniforms | 142.31 |
| Utilities | 10,919.00 |
| **Total Expense** | 164,353.08 |
| **Net Ordinary Income** | -18,792.39 |
| **Net Income** | -18,792.39 |