

# Paid Check

| | |
|---|---|
| **Account:** | Bankruptcy DDA ...4098 |
| **Check Number:** | 1200 |
| **Amount:** | $1,093.75 |
| **Date Posted:** | Friday, December 2, 2022 |

SID BOYS CORP DEBTOR IN POSSESSION  02-18
EASTERN DISTRICT OF NEW YORK CASE# 1-21
CASE# 1-21-42207
516 METROPOLITAN AVE.
BROOKLYN, NY 11211

1200

DATE 12-02-22

PAY TO THE ORDER OF  Agouri Foods   $ 1093.75

One Hundred and ninety-Three 0.75¢   DOLLARS

CapitalOne
Capital One, N.A.

FOR  Inv # 7857        Irene Sidwals

⑈001200⑈ ⑆021407912⑆ 7528 8740 9 8⑈

For Deposit Only - JPMC



# Paid Check

| | |
|---|---|
| Account: | Bankruptcy DDA ...4098 |
| Check Number: | 1689 |
| Amount: | $338.10 |
| Date Posted: | Friday, December 2, 2022 |

**SID BOYS CORP** DEBTOR IN POSSESSION 02-18
**EASTERN DISTRICT OF NEW YORK CASE# 1-21**
CASE# 1-21-42207
518 METROPOLITAN AVE.
BROOKLYN, NY 11211

1689

DATE 29/11/22

PAY TO THE ORDER OF: Optima — $338.10

Three Hundred Thirty Eight dollar Ten cents DOLLARS

Capital One, N.A.

FOR: 575210

For Deposit Only - JPMC

FOR DEPOSIT ONLY
OPTIMA FOODS INC
6930083907



# Paid Check

| | |
|---|---|
| Account: | Bankruptcy DDA ...4098 |
| Check Number: | 1286 |
| Amount: | $261.00 |
| Date Posted: | Friday, December 2, 2022 |

**SID BOYS CORP** DEBTOR IN POSSESSION  02-18
**EASTERN DISTRICT OF NEW YORK CASE# 1-21**
CASE# 1-21-42207
518 METROPOLITAN AVE.
BROOKLYN, NY 11211

Check No. 1286

DATE 11/30/2022

PAY TO THE ORDER OF: Marthas Bakery    $261.00

Two hundreds sixty One DOLLARS

Capital One, N.A.

FOR: INV 21752

Signed: Eleene Sidealis

⑈001286⑈ ⑉021407912⑉ 7528 8749 81

JPMorganChaseBank 120208 298394 962410012902

FOR DEPOSIT ONLY
MARTHA'S 263 BEDFORD AVE LLC
7697711927



# Paid Check

| | |
|---|---|
| Account: | Bankruptcy DDA ...4098 |
| Check Number: | 1293 |
| Amount: | $260.50 |
| Date Posted: | Friday, December 2, 2022 |

SID BOYS CORP DEBTOR IN POSSESSION 02-18
EASTERN DISTRICT OF NEW YORK CASE# 1-21
CASE# 1-21-42207
518 METROPOLITAN AVE.
BROOKLYN, NY 11211

1293

DATE 11-28-22

PAY TO THE ORDER OF Marthas Bakery  $ 260.50

Two Hundred and Sixty 0.50¢ DOLLARS

CapitalOne
Capital One, N.A.

FOR Inv # 18136

FOR DEPOSIT ONLY
MARTHA'S 263 BEDFORD AVE LLC



# Paid Check

| | |
|---|---|
| Account: | Bankruptcy DDA ...4098 |
| Check Number: | 1607 |
| Amount: | $142.31 |
| Date Posted: | Friday, December 2, 2022 |

SID BOYS CORP DEBTOR IN POSSESSION 02-19
EASTERN DISTRICT OF NEW YORK CASE# 1-21
CASE# 1-21-42207
518 METROPOLITAN AVE.
BROOKLYN, NY 11211

91/16 957937    1607

DATE 12/1/22

PAY TO THE ORDER OF Cintas    $ 142.31

One Hundred Forty Two Dollars Thirty One cents DOLLARS

Capital One
Capital One, N.A.

FOR 4139070478    drone Siderals

⑈001607⑈ ⑆021407912⑆ 7528⑈87409⑈8⑈

20221202
>031000053<
PNC Bank
DEP. TO CR. PAYEE
ABS. OF END. GTD.
>031000053<

20221202
842385



# Paid Check

| | |
|---|---|
| Account: | Bankruptcy DDA ...4098 |
| Check Number: | 1138 |
| Amount: | $22,181.15 |
| Date Posted: | Monday, December 5, 2022 |





# Paid Check

| | |
|---|---|
| Account: | Bankruptcy DDA ...4098 |
| Check Number: | 1279 |
| Amount: | $868.96 |
| Date Posted: | Monday, December 5, 2022 |

SID BOYS CORP DEBTOR IN POSSESSION 02-18
EASTERN DISTRICT OF NEW YORK CASE# 1-21
CASE# 1-21-42207
516 METROPOLITAN AVE,
BROOKLYN, NY 11211

Check No. 1279

DATE 12-2-2022

PAY TO THE ORDER OF ____ Zeze ____ $ 868 96/100

Eight hundred sixty eight & 96/100 DOLLARS

Capital One
Capital One, N.A.

FOR 583384

Signed: Irene S. Chales

⑆001279⑆ ⑈021407912⑈ 7528 8740 9 8⑈

For Deposit Only
Electronically Processed
ZEZE FOOD CORP
021406667
4500000 3282
2022-12-03
1670050204



# Paid Check

| | |
|---|---|
| **Account:** | Bankruptcy DDA ...4098 |
| **Check Number:** | 1139 |
| **Amount:** | $435.58 |
| **Date Posted:** | Monday, December 5, 2022 |