Fill in this information to identify the case:

Debtor Name: **SID BOYS CORP D/B/A KELLOGG'S DINER**

United States Bankruptcy Court for the **EASTERN** District of **NEW YORK**.

Case number: **21-42207-ESS**
**INITIAL FILING CH 7**

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: **FEBRUARY 2023**               Date report filed: **03/16/2023**
                                                              MM / DD / YYYY
Line of business: **RESTAURANT**        NAISC code: **72251**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                         ✗ /s/Richard J. McCord

Original signature of responsible party    ✗ /s/Richard J. McCord

Printed name of responsible party          ✗ Richard J. McCord, Esq. Chapter 7 Trustee for the Estate of Sid Boys Corp., d/b/a Kellogg's Diner

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name SIDBOYS CORP DIBIA KELLOGG'S DINER    Case number 21-42207-ESSX   CH 7.

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 951,226.58

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 70,053.34

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    -$ 35,003.19

22. **Net cash flow**   +$ 35,050.15

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   =$ 986,276.73

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 16,464.05

    *(Exhibit E)*

Debtor Name SID BOYS CORP D/B/A Kellogg's DINER   Case number 21-42207-GSSX

CH 7

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                                     $ 0
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                              28
27. What is the number of employees as of the date of this monthly report?                                 32

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0
30. How much have you paid this month in other professional fees?                                         $ 0
31. How much have you paid in total other professional fees since filing the case?                        $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 0 | − | $ 70,053.34 | = | $ 70,053.34 |
| 33. Cash disbursements | $ 0 | − | $ 35,003.19 | = | $ 35,003.19 |
| 34. Net cash flow | $ 0 | − | $ 35,050.15 | = | $ 35,050.15 |

35. Total projected cash receipts for the next month:                $ 275,420
36. Total projected cash disbursements for the next month:         − $ 249,833
37. Total projected net cash flow for the next month:              = $ 25,587

Debtor Name **SIDBOYS CORP D/B/A Kellogg's DINER**  Case number **21-42207-ESSX**  CH 7

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

ACCOUNTS PAYABLE

Check from TD Bank, #0081, dated 2/28/2023, amount $4,098.35.
Name: Ed Lazar Cafe
Pay to the order of: National Grid
Amount in words: Four Thousand Ninety Eight Dollars and 35/100
For: Chapri (Casetta Lynn)
Check number: 2099762

ACCOUNTS PAYABLE

NAME Sid Boys Corp
ACCT. NO. ___ DATE 2-24-23
No. 2099758

PAY TO THE ORDER OF Cake Masters Ltd. $ 784.00
Seven hundred and eighty-four DOLLARS

TD Bank
FOR Chapter 7 Case #21-42207

---

SID BOYS CORP
DBA KELLOGGS DINER
No. 1005
DATE 3/1/23

PAY TO THE ORDER OF Sysco $ 8699.91
Eight thousand six hundred ninety nine 91/100 DOLLARS

TD Bank
FOR Chapter 7 Case #21-42207

---

SID BOYS CORP
DBA KELLOGGS DINER
No. 1007
DATE 3-2-23

PAY TO THE ORDER OF Rickland Bakery Inc. $ 643.46
Six hundred forty three and forty six cents DOLLARS

TD Bank
FOR Chapter 7 Case #21-42207



# TD Bank
America's Most Convenient Bank®

© 2020 TD Bank, N.A. All Rights Reserved

ACCOUNTS PAYABLE

Front of check

NAME: Sid Bank Cap
ACCT. NO.
DATE: 02-28-23
2099760

PAY TO THE ORDER OF: ZELLE    $1,488.33

One Thousand four hundred and eighty-eight 33/100

TD Bank

FOR: Chapter 7 Case #21-4/2207

Back of check

For Deposit Only
Electronically Processed
ZELLE FOOD CORP

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE


Bank anytime, anywhere with the TD Bank app

# TD Bank

America's Most Convenient Bank®  © 2023 TD Bank, N.A. All Rights Reserved

**Front of check**

| | |
|---|---|
| NAME: Sid Bays Corp. | 2099757 |
| ACCT. NO.: 15345 | DATE: 2-24-23 |
| PAY TO THE ORDER OF: Rockland Bakery Inc. | $488.49 |
| Four Hundred and eighty-eight | DOLLARS |
| FOR: Chapter 7, Case #21-41207 | |

**Back of check**

ENDORSE HERE
FOR DEPOSIT ONLY
WEBSTER BANK
ROCKLAND
2/28/2023

FEDERAL RESERVE BANK
2/28/2023 10:56:06 AM
WEBSTERLING NATIONAL BANK
19 0008 10788003 1502




America's Most Convenient Bank® © 2023 TD Bank, N.A. All Rights Reserved

Front of check

NAME Sid Bays Corp.  2099759
ACCT. NO. ____5345    DATE 02-24-23  1367/260
PAY TO THE ORDER OF AGOURI FOODS   $ 1,086.08
One Thousand and eighty-six 0.08¢ DOLLARS

FOR Chapter 7, Case # 21-4220

Back of check

For deposit only to account RJT-A25 )107



TD Bank — America's Most Convenient Bank®

© 2023 TD Bank, N.A. All Rights Reserved

**Front of check**

NAME: Sid Boys Corp
ACCT. NO.: 
DATE: 02/24/23
Check # 2099760
PAY TO THE ORDER OF: ZEZE
$ 1,488.33
One Thousand Four Hundred and eighty-eight 0.33 DOLLARS
TD Bank
FOR: Chapter 7, Case #21-42207

**Back of check**

For Deposit Only
Electronically Processed
ZEZE FOOD CORP




America's Most Convenient Bank®  © 2023 TD Bank, N.A. All Rights Reserved

Front of check

NAME Sid Boys Corp
ACCT. NO. 9...  
DATE 2-28-23
2099761
1-1367/260

PAY TO THE ORDER OF Western bay+ paper Supplies  $ 1,666.65

One Thousand Six Hundred and Sixty-Six 0.65 DOLLARS

Bank
America's Most Convenient Bank®

FOR Chapter 7, Case #21-42767

Back of check

For Deposit Only - JPMC

DO NOT SIGN WRITE STAMP BELOW THIS LINE
ENDORSE HERE




America's Most Convenient Bank® © 2023 TD Bank, N.A. All Rights Reserved

Front of check

NAME Srd Bond Corp
ACCT. NO. 3/5  DATE 2/28/2023  2099762  1-1367/260
PAY TO THE ORDER OF National Grid  $ 4,098.35
Four Thousand Ninety Eight Dollars and 35/100  DOLLARS

Bank
America's Most Convenient Bank®
FOR Chapter 7, Case#21-4220

Back of check

ENDORSE HERE
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

SD Secure Document
+FEDERAL RESERVE REGULATION CC
031 030723 1351
1158050  PIT
989/371416
520668 001 001 Dyn 0

