Debtor Name  SID BOYS CORP D/B/A KELLOGG'S DINER

United States Bankruptcy Court for the: Eastern District of New York  ☑

Case number: 21-42207-ESSX

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11  12/17

| | | | |
|---|---|---|---|
| Month: | APRIL 2023 | Date report filed: | 05/08/2023 |
| | | | MM / DD / YYYY |
| Line of business: | RESTAURANT | NAISC code: | 72251 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party

Printed name of responsible party  Richard J. McCord, Chapter 7 Trustee

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?                                    ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.
    
    $ 819,092.80

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                    $ 264,017.84

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                    − $ 345,851.32

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                    + $ -81,833.48
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                              = $ 737,259.32

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                          $ 25,595.38

     *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                 _____28_____

27. What is the number of employees as of the date of this monthly report?                                    _____53_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                   $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____0.00_____

30. How much have you paid this month in other professional fees?                                            $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?                           $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 306,353.00 | − | $ 264,017.84 | = | $ 42,335.16 |
| 33. **Cash disbursements** | $ 379,793.00 | − | $ 345,851.32 | = | $ -33,941.68 |
| 34. **Net cash flow** | $ -73,440.00 | − | $ -81,833.48 | = | $ 7,893.48 |

35. Total projected cash receipts for the next month:                                 $ 278,995.00

36. Total projected cash disbursements for the next month:                          − $ 322,564.00

37. Total projected net cash flow for the next month:                                 = $ -43,569.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# SID BOYS CORP
# Profit & Loss
### April 2023

| | Apr 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 264,017.84 |
| Total Income | 264,017.84 |
| **Cost of Goods Sold** | |
| Food Purchases | 59,690.35 |
| Restaurant Supplies | 4,487.81 |
| Total COGS | 64,178.16 |
| **Gross Profit** | 199,839.68 |
| **Expense** | |
| APPLIANCES | 756.68 |
| Bank Service Charges | 1,235.60 |
| COMMISSION | 46,923.78 |
| CONSTRUCTION | 3,096.00 |
| Exterminator | 722.25 |
| FINES & VIOLATIONS | 550.00 |
| Outside Service | 750.00 |
| Payroll Expenses | 159,955.58 |
| PAYROLL FEE | 804.20 |
| PAYROLL TAX | 17,890.66 |
| Professional Fees | 19,997.36 |
| Rent Expense | 22,616.73 |
| Repairs and Maintenance | 475.83 |
| Telephone Expense | 1,134.33 |
| Uniforms | 513.80 |
| Utilities | 4,250.36 |
| Total Expense | 281,673.16 |
| **Net Ordinary Income** | -81,833.48 |

| | |
|---|---|
| FRAUD | 7,470.00 |

* Please note: Fraud: check reimbursed by bank

# Payroll Detail

ABP Payroll Services LLC
www.abppayroll.com
(718)593-4993

### Employee: Ba, Mamadou (00000197) — Dept: 10000015 - Dishwasher — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $15.00 | | 154.30 | 2,317.50 | Federal | 153.59 | NY PFL | 11.31 | 0.00 | $1,968.21 | FICA | 154.15 |
| Overtime Hours | $22.50 | | 7:30 | 168.75 | FICA | 154.15 | NY SDI | 2.40 | 0.00 | | Medicare | 36.05 |
| | | | 162:00 | $2,486.25 | Medicare | 36.05 | | $13.71 | $0.00 | | NY SUTA | 52.21 |
| | | | | | NY State | 92.78 | | | | | NY MCTMT | 5.71 |
| | | | | | NYC | 57.76 | | | | | | $248.12 |
| | | | | | | $504.33 | | | | | | |

### Employee: Bennett, Eric (00000226) — Dept: 10000066 - Security — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc. Pay | | | | 668.41 | Federal | 117.93 | NY PFL | 7.21 | 0.00 | $1,225.00 | FICA | 98.33 |
| Salary | | | | 917.53 | FICA | 98.33 | NY SDI | 1.20 | 0.00 | | Medicare | 22.99 |
| | | | | $1,585.94 | Medicare | 22.99 | | $8.41 | $0.00 | | FUTA | 9.52 |
| | | | | | NY State | 65.24 | | | | | NY SUTA | 33.31 |
| | | | | | NYC | 48.04 | | | | | NY MCTMT | 3.65 |
| | | | | | | $352.53 | | | | | | $167.80 |

### Employee: Caple, David (00000225) — Dept: 10000066 - Security — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc. Pay | | | | 716.73 | FICA | 44.44 | NY PFL | 3.26 | 0.00 | $630.00 | FICA | 44.44 |
| | | | | $716.73 | Medicare | 10.39 | NY SDI | 1.20 | 0.00 | | Medicare | 10.39 |
| | | | | | NY State | 15.58 | | $4.46 | $0.00 | | FUTA | 4.30 |
| | | | | | NYC | 11.86 | | | | | NY SUTA | 15.05 |
| | | | | | | $82.27 | | | | | NY MCTMT | 1.65 |
| | | | | | | | | | | | | $75.83 |

### Employee: Cappelo, Helen (00000026) — Dept: 10000035 - Counter — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $17.00 | | 157.45 | 2,681.75 | Federal | 309.57 | NY PFL | 14.20 | 0.00 | $2,332.85 | FICA | 193.38 |
| Overtime Hours | $25.50 | | 8:45 | 223.13 | FICA | 193.38 | NY SDI | 2.40 | 0.00 | | Medicare | 45.23 |
| Held Tips | | | | 214.25 | Medicare | 45.23 | | $16.60 | $0.00 | | NY SUTA | 65.50 |
| | | | 166:30 | $3,119.13 | NY State | 127.60 | | | | | NY MCTMT | 7.17 |
| | | | | | NYC | 93.90 | | | | | | $311.28 |
| | | | | | | $769.68 | | | | | | |

### Employee: Cardona Vasquez, Jose E (00000167) — Dept: 10000010 - Kitchen — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $24.75 | | 160.00 | 3,960.00 | Federal | 723.97 | NY PFL | 25.60 | 0.00 | $4,291.25 | FICA | 371.80 |
| Overtime Hours | $37.13 | | 53:15 | 1,978.90 | FICA | 371.80 | NY SDI | 2.40 | 0.00 | | Medicare | 86.95 |
| Spread Of Hrs. | $15.00 | | 4:00 | 60.00 | Medicare | 86.95 | | $28.00 | $0.00 | | NY SUTA | 5.42 |
| | | | 217:15 | $5,998.90 | NY State | 283.78 | | | | | NY MCTMT | 13.79 |
| | | | | | NYC | 211.15 | | | | | | $477.96 |
| | | | | | | $1,677.65 | | | | | | |

### Employee: Cho Xo, Carlos (00000213) — Dept: 10000040 - Busser — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 160.00 | 1,600.00 | Federal | 221.55 | NY PFL | 13.89 | 0.00 | $2,366.23 | FICA | 189.28 |
| Overtime Hours | $17.50 | | 8:30 | 148.75 | FICA | 189.28 | NY SDI | 2.40 | 0.00 | | Medicare | 44.26 |
| Held Tips | | | | 1,303.94 | Medicare | 44.26 | | $16.29 | $0.00 | | FUTA | 18.32 |
| | | | 168:30 | $3,052.69 | NY State | 123.93 | TFB | | | | NY SUTA | 64.11 |
| | | | | | NYC | 91.15 | Tip Credit | 842.50 | 0.00 | | NY MCTMT | 7.02 |
| | | | | | | $670.17 | | $842.50 | $0.00 | | | $322.99 |

### Employee: Choc Flores, Guillermo Osbaldo (00000216) — Dept: 10000015 - Dishwasher — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $15.00 | | 158:45 | 2,381.25 | Federal | 184.19 | NY PFL | 12.48 | 0.00 | $2,147.48 | FICA | 169.96 |
| Overtime Hours | $22.50 | | 16:00 | 360.00 | FICA | 169.96 | NY SDI | 2.40 | 0.00 | | Medicare | 39.74 |
| | | | 174:45 | $2,741.25 | Medicare | 39.74 | | $14.88 | $0.00 | | FUTA | 16.45 |
| | | | | | NY State | 106.80 | | | | | NY SUTA | 57.56 |
| | | | | | NYC | 78.22 | | | | | NY MCTMT | 6.31 |
| | | | | | | $579.91 | | | | | | $290.02 |

# Payroll Detail

ABP Payroll Services LLC
www.abppayroll.com
(718)593-4993

Pay Frequency: Weekly
Check Dates: 04/01/2023 to 04/30/2023

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|------|------|--------|-------|--------|-----|--------|-----------|--------|-------|---------|-----------|--------|
| **Employee: Choc Ich, Manuel (00000206)** | | | | | | | **Dept: 10000010 - Kitchen** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $23.00 | | 160:00 | 3,680.00 | Federal | 248.22 | NY PFL | 24.77 | 0.00 | $4,331.28 | FICA | 337.45 |
| Overtime Hours | $34.50 | | 48:45 | 1,612.88 | FICA | 337.45 | NY SDI | 2.40 | 0.00 | | Medicare | 78.92 |
| Spread Of Hrs. | $15.00 | | 10:00 | 150.00 | Medicare | 78.92 | | $27.17 | $0.00 | | NY SUTA | 85.70 |
| | | | 218:45 | $5,442.88 | NY State | 240.37 | | | | | NY MCTMT | 12.53 |
| | | | | | NYC | 179.47 | | | | | | $514.60 |
| | | | | | | $1,084.43 | | | | | | |
| **Employee: Cochoy, Carmen Rafael (00000211)** | | | | | | | **Dept: 10000040 - Busser** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $10.00 | | 155:00 | 1,550.00 | Federal | 152.04 | NY PFL | 14.17 | 0.00 | $2,501.33 | FICA | 193.10 |
| Overtime Hours | $17.50 | | 6:45 | 118.13 | FICA | 193.10 | NY SDI | 2.40 | 0.00 | | Medicare | 45.16 |
| Held Tips | | | | 1,416.32 | Medicare | 45.16 | | $16.57 | $0.00 | | FUTA | 18.60 |
| Spread Of Hrs. | $15.00 | | 2:00 | 30.00 | NY State | 118.88 | TFB | | | | NY SUTA | 55.40 |
| | | | 163:45 | $3,114.45 | NYC | 87.37 | Tip Credit | 808.75 | 0.00 | | NY MCTMT | 7.17 |
| | | | | | | $596.55 | | $808.75 | $0.00 | | | $329.52 |
| **Employee: Contreras, Juan De Dios (00000201)** | | | | | | | **Dept: 10000010 - Kitchen** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $15.00 | | 95:15 | 1,428.75 | Federal | 75.29 | NY PFL | 6.86 | 0.00 | $1,220.88 | FICA | 93.46 |
| Overtime Hours | $22.50 | | 3:30 | 78.75 | FICA | 93.46 | NY SDI | 1.80 | 0.00 | | Medicare | 21.85 |
| | | | 98:45 | $1,507.50 | Medicare | 21.85 | | $8.66 | $0.00 | | FUTA | 9.05 |
| | | | | | NY State | 50.41 | | | | | NY SUTA | 31.65 |
| | | | | | NYC | 36.95 | | | | | NY MCTMT | 3.47 |
| | | | | | | $277.96 | | | | | | $159.48 |
| **Employee: Davis, John (00000228)** | | | | | | | **Dept: 10000066 - Security** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Misc. Pay | | | | 195.63 | FICA | 12.13 | NY PFL | 0.89 | 0.00 | $175.00 | FICA | 12.13 |
| | | | | $195.63 | Medicare | 2.84 | NY SDI | 0.60 | 0.00 | | Medicare | 2.84 |
| | | | | | NY State | 2.13 | | $1.49 | $0.00 | | FUTA | 1.17 |
| | | | | | NYC | 2.04 | | | | | NY SUTA | 4.11 |
| | | | | | | $19.14 | | | | | NY MCTMT | 0.45 |
| | | | | | | | | | | | | $20.70 |
| **Employee: Demarco, Thomas (00000221)** | | | | | | | **Dept: 10000066 - Security** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Misc. Pay | | | | 817.90 | Federal | 51.95 | NY PFL | 3.72 | 0.00 | $630.00 | FICA | 50.71 |
| | | | | $817.90 | FICA | 50.71 | NY SDI | 0.60 | 0.00 | | Medicare | 11.86 |
| | | | | | Medicare | 11.86 | | $4.32 | $0.00 | | FUTA | 4.91 |
| | | | | | NY State | 33.99 | | | | | NY SUTA | 17.18 |
| | | | | | NYC | 25.06 | | | | | NY MCTMT | 1.88 |
| | | | | | | $183.58 | | | | | | $86.54 |
| **Employee: Diaz Garcia, Edgar (00000217)** | | | | | | | **Dept: 10000010 - Kitchen** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $21.00 | | 160:00 | 3,360.00 | Federal | 333.75 | NY PFL | 21.86 | 0.00 | $3,724.94 | FICA | 297.93 |
| Overtime Hours | $31.50 | | 43:30 | 1,370.26 | FICA | 297.93 | NY SDI | 2.40 | 0.00 | | Medicare | 69.68 |
| Spread Of Hrs. | $15.00 | | 5:00 | 75.00 | Medicare | 69.68 | | $24.26 | $0.00 | | FUTA | 4.27 |
| | | | 208:30 | $4,805.26 | NY State | 203.41 | | | | | NY SUTA | 100.92 |
| | | | | | NYC | 151.29 | | | | | NY MCTMT | 11.06 |
| | | | | | | $1,056.06 | | | | | | $483.86 |
| **Employee: Diouf, Mousa (00000207)** | | | | | | | **Dept: 10000010 - Kitchen** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $15.00 | | 114:30 | 1,717.50 | Federal | 81.58 | NY PFL | 8.25 | 0.00 | $1,482.02 | FICA | 112.41 |
| Overtime Hours | $22.50 | | 4:15 | 95.63 | FICA | 112.41 | NY SDI | 2.40 | 0.00 | | Medicare | 26.29 |
| | | | 118:45 | $1,813.13 | Medicare | 26.29 | | $10.65 | $0.00 | | FUTA | 10.88 |
| | | | | | NY State | 57.82 | | | | | NY SUTA | 38.08 |
| | | | | | NYC | 42.36 | | | | | NY MCTMT | 4.17 |
| | | | | | | $320.46 | | | | | | $191.83 |

# Payroll Detail

Pay Frequency: Weekly
Check Dates: 04/01/2023 to 04/30/2023

ABP Payroll Services LLC
www.abppayroll.com
(718)593-4993

**Employee: Drisel Speciner, Najla (00000168)** — Dept: 10000050 - Cashiers — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $15.00 | | 152:00 | 2,280.00 | Federal | 134.91 | NY PFL | 10.80 | 0.00 | $1,924.42 | FICA | 144.50 |
| Overtime Hours | $22.50 | | 2:15 | 50.63 | FICA | 144.50 | NY SDI | 2.40 | 0.00 | | Medicare | 33.80 |
| | | | 154:15 | $2,330.63 | Medicare | 33.80 | | $13.00 | $0.00 | | NY SUTA | 48.94 |
| | | | | | NY State | 80.00 | | | | | NY MCTMT | 5.36 |
| | | | | | | $393.21 | | | | | | $232.60 |

**Employee: Dzul Rosas, Luis Alberto (00000181)** — Dept: 10000050 - Delivery — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $15.00 | | 154:30 | 2,317.50 | Federal | 89.57 | NY PFL | 14.71 | 0.00 | $2,655.48 | FICA | 200.56 |
| Overtime Hours | $22.50 | | 8:45 | 196.88 | FICA | 200.56 | NY SDI | 2.40 | 0.00 | | Medicare | 46.90 |
| Held Tips | | | | 720.48 | Medicare | 46.90 | | $17.11 | $0.00 | | NY SUTA | 67.93 |
| | | | 163:15 | $3,234.86 | NY State | 129.72 | | | | | NY MCTMT | 7.44 |
| | | | | | NYC | 95.52 | | | | | | $322.83 |
| | | | | | | $562.27 | | | | | | |

**Employee: Federico, Anthony J. (00000199)** — Dept: 10000036 - Wait Staff — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 91:54 | 919.00 | Federal | 350.22 | NY PFL | 17.53 | 0.00 | $2,895.99 | FICA | 238.95 |
| Regular Hours | $15.00 | | 40:36 | 609.00 | FICA | 238.95 | NY SDI | 2.40 | 0.00 | | Medicare | 55.88 |
| Overtime Hours | $17.50 | | 5:06 | 89.25 | Medicare | 55.88 | | $19.93 | $0.00 | | NY SUTA | 34.48 |
| Overtime Hours | $22.50 | | 1:09 | 25.87 | NY State | 168.02 | TFB | | | | NY MCTMT | 8.86 |
| Held Tips | | | | 2,210.82 | NYC | 124.95 | Tip Credit | 485.00 | 0.00 | | | $338.17 |
| | | | 138:45 | $3,853.94 | | $938.02 | | $485.00 | $0.00 | | | |

**Employee: Flores, Francisco Hernandez (00000009)** — Dept: 10000010 - Kitchen — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $23.00 | | 160:00 | 3,680.00 | Federal | 562.07 | NY PFL | 22.43 | 0.00 | $3,577.13 | FICA | 305.68 |
| Overtime Hours | $34.50 | | 34:30 | 1,190.27 | FICA | 305.68 | NY SDI | 2.40 | 0.00 | | Medicare | 71.49 |
| Spread Of Hrs. | $15.00 | | 4:00 | 60.00 | Medicare | 71.49 | | $24.83 | $0.00 | | NY SUTA | 31.93 |
| | | | 198:30 | $4,930.27 | NY State | 222.99 | | | | | NY MCTMT | 11.34 |
| | | | | | NYC | 166.11 | | | | | | $420.44 |
| | | | | | | $1,328.31 | | | | | | |

**Employee: Flores, Nelson (00000198)** — Dept: 10000015 - Dishwasher — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $15.00 | | 145:00 | 2,175.00 | Federal | 137.20 | NY PFL | 10.62 | 0.00 | $1,857.69 | FICA | 144.61 |
| Overtime Hours | $22.50 | | 7:00 | 157.50 | FICA | 144.61 | NY SDI | 2.40 | 0.00 | | Medicare | 33.83 |
| | | | 152:00 | $2,332.50 | Medicare | 33.83 | | $13.02 | $0.00 | | FUTA | 7.61 |
| | | | | | NY State | 84.40 | | | | | NY SUTA | 48.99 |
| | | | | | NYC | 61.75 | | | | | NY MCTMT | 5.36 |
| | | | | | | $461.79 | | | | | | $240.40 |

**Employee: Fowler, Kevin Reginald (00000215)** — Dept: 10000066 - Security — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc. Pay | | | | 2,488.72 | Federal | 46.98 | NY PFL | 11.31 | 0.00 | $2,100.00 | FICA | 154.30 |
| | | | | $2,488.72 | FICA | 154.30 | NY SDI | 2.40 | 0.00 | | Medicare | 36.08 |
| | | | | | Medicare | 36.08 | | $13.71 | $0.00 | | FUTA | 14.93 |
| | | | | | NY State | 78.98 | | | | | NY SUTA | 52.25 |
| | | | | | NYC | 58.67 | | | | | NY MCTMT | 5.72 |
| | | | | | | $375.01 | | | | | | $263.28 |

**Employee: Gonzalez, Martin (00000817)** — Dept: 10000035 - Counter — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 120:28 | 1,204.66 | Federal | 649.52 | NY PFL | 22.43 | 0.00 | $3,516.82 | FICA | 308.31 |
| Regular Hours | $15.00 | | 36:02 | 540.50 | FICA | 308.31 | NY SDI | 2.40 | 0.00 | | Medicare | 72.10 |
| Overtime Hours | $17.50 | | 13:32 | 236.83 | Medicare | 72.10 | | $24.83 | $0.00 | | NY MCTMT | 11.44 |
| Overtime Hours | $22.50 | | 2:43 | 61.13 | NY State | 229.71 | TFB | | | | | $391.85 |
| Held Tips | | | | 2,914.49 | NYC | 171.32 | Tip Credit | 670.00 | 0.00 | | | |
| Spread Of Hrs. | $15.00 | | 1:00 | 15.00 | | $1,430.96 | | $670.00 | $0.00 | | | |
| | | | 173:45 | $4,972.61 | | | | | | | | |

**Pay Frequency:** Weekly

**Check Dates:** 04/01/2023 to 04/30/2023

**ABP Payroll Services LLC**
www.abppayroll.com
(718)593-4993

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Employee: Herera, Juan (00000202)** — Dept: 10000010 - Kitchen — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $15.00 | | 158:30 | 2,377.50 | Federal | 4.15 | NY PFL | 11.17 | 0.00 | $2,100.49 | FICA | 152.28 |
| Overtime Hours | $22.50 | | 3:30 | 78.75 | FICA | 152.28 | NY SDI | 2.40 | 0.00 | | Medicare | 35.62 |
| | | | 162:00 | $2,456.25 | Medicare | 35.62 | | $13.57 | $0.00 | | FUTA | 14.73 |
| | | | | | NY State | 86.90 | | | | | NY SUTA | 51.57 |
| | | | | | NYC | 63.24 | | | | | NY MCTMT | 5.84 |
| | | | | | | $342.19 | | | | | | $259.84 |

**Employee: Homicka, Dominika A (00000102)** — Dept: 10000035 - Counter — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | -22:30 | -225.00 | Federal | 208.17 | NY PFL | 11.95 | 0.00 | $2,140.92 | FICA | 169.74 |
| Regular Hours | $17.00 | | 89:30 | 1,521.50 | FICA | 169.74 | NY SDI | 2.40 | 0.00 | | Medicare | 39.70 |
| Held Tips | | | | 1,441.32 | Medicare | 39.70 | | $14.35 | $0.00 | | FUTA | 4.80 |
| | | | 67:00 | $2,737.82 | NY State | 94.35 | | | | | NY SUTA | 57.51 |
| | | | | | NYC | 70.59 | | | | | NY MCTMT | 6.30 |
| | | | | | | $582.55 | | | | | | $278.05 |

**Employee: Ismail, Mohamed Attia (00000128)** — Dept: 10000030 - Wait Staff — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 147:45 | 1,477.50 | Federal | 395.57 | NY PFL | 17.20 | 0.00 | $2,789.99 | FICA | 234.33 |
| Overtime Hours | $17.50 | | 0:30 | 8.75 | FICA | 234.33 | NY SDI | 2.40 | 0.00 | | Medicare | 54.81 |
| Held Tips | | | | 2,293.27 | Medicare | 54.81 | | $19.60 | $0.00 | | NY SUTA | 46.95 |
| | | | 148:15 | $3,779.52 | NY State | 163.91 | TFB | | | | NY MCTMT | 8.69 |
| | | | | | NYC | 121.31 | Tip Credit | 741.25 | 0.00 | | | $344.78 |
| | | | | | | $969.93 | | $741.25 | $0.00 | | | |

**Employee: Kabe Okoh, Peter (00000141)** — Dept: 10000015 - Dishwasher — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $15.00 | | 160:00 | 2,400.00 | Federal | 230.18 | NY PFL | 12.71 | 0.00 | $2,152.07 | FICA | 173.22 |
| Overtime Hours | $22.50 | | 17:30 | 393.76 | FICA | 173.22 | NY SDI | 2.40 | 0.00 | | Medicare | 40.51 |
| | | | 177:30 | $2,793.76 | Medicare | 40.51 | | $15.11 | $0.00 | | NY SUTA | 44.48 |
| | | | | | NY State | 105.47 | | | | | NY MCTMT | 6.43 |
| | | | | | NYC | 77.20 | | | | | | $264.64 |
| | | | | | | $626.58 | | | | | | |

**Employee: Lewis, Tarique (00000222)** — Dept: 10000066 - Security — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc. Pay | | | | 519.10 | Federal | 26.10 | NY PFL | 2.36 | 0.00 | $420.00 | FICA | 32.18 |
| | | | | $519.10 | FICA | 32.18 | NY SDI | 0.60 | 0.00 | | Medicare | 7.53 |
| | | | | | Medicare | 7.53 | | $2.96 | $0.00 | | FUTA | 3.12 |
| | | | | | NY State | 17.56 | | | | | NY SUTA | 10.90 |
| | | | | | NYC | 12.77 | | | | | NY MCTMT | 1.20 |
| | | | | | | $96.14 | | | | | | $54.93 |

**Employee: Maliza Moposita, Nelly Margarita (00000218)** — Dept: 10000015 - Dishwasher — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $17.00 | | 160:00 | 2,720.00 | Federal | 220.65 | NY PFL | 13.85 | 0.00 | $2,400.93 | FICA | 188.80 |
| Overtime Hours | $25.50 | | 12:45 | 325.13 | FICA | 188.80 | NY SDI | 2.40 | 0.00 | | Medicare | 44.16 |
| | | | 172:45 | $3,045.13 | Medicare | 44.16 | | $16.25 | $0.00 | | FUTA | 18.27 |
| | | | | | NY State | 123.51 | Reimbursement | | | | NY SUTA | 63.96 |
| | | | | | NYC | 90.83 | Exp. Reimb | 40.00 | 0.00 | | NY MCTMT | 7.00 |
| | | | | | | $667.95 | | $40.00 | $0.00 | | | $322.19 |

**Employee: McPherson, Trayhe (00000224)** — Dept: 10000030 - Wait Staff — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | $10.00 | | 112:30 | 1,125.00 | Federal | 69.01 | NY PFL | 12.48 | 0.00 | $2,270.46 | FICA | 170.12 |
| Held Tips | | | | 1,618.78 | FICA | 170.12 | NY SDI | 2.40 | 0.00 | | Medicare | 39.78 |
| | | | 112:30 | $2,743.78 | Medicare | 39.78 | | $14.88 | $0.00 | | FUTA | 16.48 |
| | | | | | NY State | 103.35 | TFB | | | | NY SUTA | 57.63 |
| | | | | | NYC | 76.18 | Tip Credit | 562.50 | 0.00 | | NY MCTMT | 6.31 |
| | | | | | | $458.44 | | $562.50 | $0.00 | | | $290.30 |

Pay Frequency: Weekly
Check Dates: 04/01/2023 to 04/30/2023

ABP Payroll Services LLC
www.abppayroll.com
(718)593-4993

### Employee: Mendez Guitierrez, Adolfo (00000162) — Dept: 10000035 - Counter — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|------|------|--------|-------|--------|-----|--------|-----------|--------|-------|---------|-----------|--------|
| Regular Hours | $10.00 | | 92:27 | 924.50 | Federal | 547.04 | NY PFL | 23.28 | 0.00 | $3,744.05 | FICA | 317.15 |
| Regular Hours | $15.00 | | 67:33 | 1,013.25 | FICA | 317.15 | NY SDI | 2.40 | 0.00 | | Medicare | 74.17 |
| Overtime Hours | $17.50 | | 12:48 | 224.01 | Medicare | 74.17 | | $25.68 | $0.00 | | NY MCTMT | 11.76 |
| Overtime Hours | $22.50 | | 9:27 | 212.64 | NY State | 233.16 | TFB Tip Credit | 526.25 | 0.00 | | | 403.08 |
| Held Tips | | | | 2,740.91 | NYC | 174.06 | | 526.25 | $0.00 | | | |
| | | | 182:15 | 5,115.31 | | 1,345.58 | | | | | | |

### Employee: Munoz, Adam (00000210) — Dept: 10000015 - Dishwasher — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|------|------|--------|-------|--------|-----|--------|-----------|--------|-------|---------|-----------|--------|
| Regular Hours | $15.00 | | 116:15 | 1,743.75 | Federal | 89.88 | NY PFL | 8.08 | 0.00 | $1,440.36 | FICA | 110.20 |
| Overtime Hours | $22.50 | | 1:30 | 33.75 | FICA | 110.20 | NY SDI | 2.40 | 0.00 | | Medicare | 25.77 |
| | | | 117:45 | 1,777.50 | Medicare | 25.77 | | $10.48 | $0.00 | | FUTA | 10.66 |
| | | | | | NY State | 57.99 | | | | | NY SUTA | 37.33 |
| | | | | | NYC | 42.82 | | | | | NY MCTMT | 4.10 |
| | | | | | | 326.66 | | | | | | 188.06 |

### Employee: Navarrete, Leticia (00000123) — Dept: 10000035 - Counter — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|------|------|--------|-------|--------|-----|--------|-----------|--------|-------|---------|-----------|--------|
| Regular Hours | $17.00 | | 141:45 | 2,409.75 | Federal | 537.05 | NY PFL | 21.68 | 0.00 | $3,466.11 | FICA | 295.41 |
| Held Tips | | | | 2,355.00 | FICA | 295.41 | NY SDI | 2.40 | 0.00 | | Medicare | 69.09 |
| | | | 141:45 | 4,764.75 | Medicare | 69.09 | | $24.08 | $0.00 | | NY SUTA | 29.07 |
| | | | | | NY State | 213.87 | | | | | NY MCTMT | 10.96 |
| | | | | | NYC | 159.13 | | | | | | 404.53 |
| | | | | | | 1,274.55 | | | | | | |

### Employee: Parada Aguilar, Evelyn Marbella (00000137) — Dept: 10000060 - Cashiers — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|------|------|--------|-------|--------|-----|--------|-----------|--------|-------|---------|-----------|--------|
| Regular Hours | $18.00 | | 160:00 | 2,880.00 | Federal | 207.60 | NY PFL | 17.30 | 0.00 | $3,012.28 | FICA | 235.63 |
| Overtime Hours | $27.00 | | 21:00 | 567.00 | FICA | 235.63 | NY SDI | 2.40 | 0.00 | | Medicare | 55.11 |
| Held Tips | | | | 353.38 | Medicare | 55.11 | | $19.70 | $0.00 | | NY SUTA | 39.99 |
| | | | 181:00 | 3,800.38 | NY State | 154.27 | | | | | NY MCTMT | 8.74 |
| | | | | | NYC | 115.79 | | | | | | 339.47 |
| | | | | | | 768.40 | | | | | | |

### Employee: Perez Miranda, Hugo B (00000166) — Dept: 10000040 - Busser — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|------|------|--------|-------|--------|-----|--------|-----------|--------|-------|---------|-----------|--------|
| Regular Hours | $19.00 | | 160:00 | 3,040.00 | Federal | 288.78 | NY PFL | 16.45 | 0.00 | $2,767.14 | FICA | 224.00 |
| Overtime Hours | $28.50 | | 3:30 | 99.76 | FICA | 224.00 | NY SDI | 2.40 | 0.00 | | Medicare | 52.38 |
| Held Tips | | | | 473.10 | Medicare | 52.38 | | $18.85 | $0.00 | | NY SUTA | 62.32 |
| | | | 163:30 | 3,612.86 | NY State | 150.51 | | | | | NY MCTMT | 8.32 |
| | | | | | NYC | 111.20 | | | | | | 347.02 |
| | | | | | | 826.87 | | | | | | |

### Employee: Poulos, Spiro (00000219) — Dept: 10000035 - Counter — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|------|------|--------|-------|--------|-----|--------|-----------|--------|-------|---------|-----------|--------|
| Regular Hours | $16.00 | | 140:30 | 2,248.00 | Federal | 2.17 | NY PFL | 16.87 | 0.00 | $3,143.53 | FICA | 229.91 |
| Overtime Hours | $24.00 | | 2:15 | 54.00 | FICA | 229.91 | NY SDI | 2.40 | 0.00 | | Medicare | 53.77 |
| Held Tips | | | | 1,406.23 | Medicare | 53.77 | | $19.27 | $0.00 | | FUTA | 19.13 |
| | | | 142:45 | 3,708.23 | NY State | 149.20 | | | | | NY SUTA | 77.87 |
| | | | | | NYC | 110.38 | | | | | NY MCTMT | 8.52 |
| | | | | | | 545.43 | | | | | | 389.20 |

### Employee: Prasinos, Theodoros (00000144) — Dept: 10000070 - Management — Loc: 00000001 - Payroll — Div: 00000001 - Main

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|------|------|--------|-------|--------|-----|--------|-----------|--------|-------|---------|-----------|--------|
| Regular Hours | $18.04 | | | 721.59 | Federal | 230.09 | NY PFL | 21.94 | 0.00 | $3,400.10 | FICA | 266.06 |
| Regular Hours | $25.00 | | | 1,000.00 | FICA | 266.06 | NY SDI | 2.40 | 0.00 | | Medicare | 62.22 |
| Regular Hours | $1,284.81 | | | 2,569.62 | Medicare | 62.22 | | $24.34 | $0.00 | | FUTA | 16.86 |
| | | | | 4,291.21 | NY State | 177.03 | | | | | NY SUTA | 90.11 |
| | | | | | NYC | 131.37 | | | | | NY MCTMT | 9.88 |
| | | | | | | 866.77 | | | | | | 447.13 |

**Pay Frequency:** Weekly
**Check Dates:** 04/01/2023 to 04/30/2023

**ABP Payroll Services LLC**
www.abppayroll.com
(718)593-4993

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Pride Thomas, Melissa (00000174)** | | | | | | | **Dept: 10000070 - Management** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $30.95 | | 130:30 | 4,038.06 | Federal | 28.34 | NY PFL | 16.38 | 0.00 | $3,389.39 | FICA | 250.41 |
| | | | 130:30 | $4,038.96 | FICA | 250.41 | NY SDI | 2.40 | 0.00 | | Medicare | 58.57 |
| | | | | | Medicare | 58.57 | | $20.78 | $0.00 | | NY SUTA | 2.29 |
| | | | | | NY State | 167.40 | | | | | NY MCTMT | 9.30 |
| | | | | | NYC | 124.09 | | | | | | $320.57 |
| | | | | | | $628.81 | | | | | | |
| **Employee: Quevedo, Sandra E. (00000158)** | | | | | | | **Dept: 10000030 - Wait Staff** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $10.00 | | 158:15 | 1,582.50 | Federal | 604.95 | NY PFL | 21.81 | 0.00 | $3,415.11 | FICA | 297.24 |
| Overtime Hours | $17.50 | | 9:00 | 157.51 | FICA | 297.24 | NY SDI | 2.40 | 0.00 | | Medicare | 69.52 |
| Held Tips | | | | 3,054.39 | Medicare | 69.52 | | $24.21 | $0.00 | | NY SUTA | 11.03 |
| | | | 167:15 | $4,794.40 | NY State | 219.74 | TFB | 836.25 | 0.00 | | NY MCTMT | 26.74 |
| | | | | | NYC | 163.63 | Tip Credit | $836.25 | $0.00 | | | $404.53 |
| | | | | | | $1,355.08 | | | | | | |
| **Employee: Ramirez Rosales, Antonio (00000160)** | | | | | | | **Dept: 10000030 - Wait Staff** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $10.00 | | 42:45 | 427.50 | Federal | 86.15 | NY PFL | 6.01 | 0.00 | $1,042.71 | FICA | 81.91 |
| Held Tips | | | | 893.66 | FICA | 81.91 | NY SDI | 1.20 | 0.00 | | Medicare | 19.15 |
| | | | 42:45 | $1,321.16 | Medicare | 19.15 | | $7.21 | $0.00 | | FUTA | 7.92 |
| | | | | | NY State | 48.57 | TFB | 213.75 | 0.00 | | NY SUTA | 27.75 |
| | | | | | NYC | 35.46 | Tip Credit | $213.75 | $0.00 | | NY MCTMT | 3.04 |
| | | | | | | $271.24 | | | | | | $139.77 |
| **Employee: Ramon Chinchilla, Juan (00000205)** | | | | | | | **Dept: 10000010 - Kitchen** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $19.00 | | 160:00 | 3,040.00 | Federal | 162.71 | NY PFL | 16.91 | 0.00 | $2,975.88 | FICA | 230.49 |
| Overtime Hours | $28.50 | | 23:15 | 662.63 | FICA | 230.49 | NY SDI | 2.40 | 0.00 | | Medicare | 53.91 |
| Spread Of Hrs. | $15.00 | | 1:00 | 15.00 | Medicare | 53.91 | | $19.31 | $0.00 | | FUTA | 8.05 |
| | | | 184:15 | $3,717.63 | NY State | 158.18 | | | | | NY SUTA | 78.08 |
| | | | | | NYC | 117.15 | | | | | NY MCTMT | 8.55 |
| | | | | | | $722.44 | | | | | | $379.08 |
| **Employee: Rendon Herrera, Angel Cesario (00000185)** | | | | | | | **Dept: 10000010 - Kitchen** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $23.48 | | 160:00 | 3,756.80 | Federal | 638.47 | NY PFL | 25.19 | 0.00 | $4,053.79 | FICA | 347.40 |
| Overtime Hours | $35.22 | | 52:00 | 1,831.45 | FICA | 347.40 | NY SDI | 2.40 | 0.00 | | Medicare | 81.24 |
| Spread Of Hrs. | $15.00 | | 1:00 | 15.00 | Medicare | 81.24 | | $27.59 | $0.00 | | NY MCTMT | 12.90 |
| | | | 213:00 | $5,603.25 | NY State | 260.19 | | | | | | $441.54 |
| | | | | | NYC | 194.57 | | | | | | |
| | | | | | | $1,521.87 | | | | | | |
| **Employee: Ricclo, Holger (00000203)** | | | | | | | **Dept: 10000010 - Kitchen** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $21.00 | | 152:45 | 3,207.75 | Federal | 100.86 | NY PFL | 19.70 | 0.00 | $3,548.17 | FICA | 268.42 |
| Overtime Hours | $31.50 | | 32:45 | 1,031.64 | FICA | 268.42 | NY SDI | 2.40 | 0.00 | | Medicare | 62.78 |
| Spread Of Hrs. | $15.00 | | 6:00 | 90.00 | Medicare | 62.78 | | $22.10 | $0.00 | | NY SUTA | 90.91 |
| | | | 191:30 | $4,329.39 | NY State | 187.60 | | | | | NY MCTMT | 9.96 |
| | | | | | NYC | 139.46 | | | | | | $432.07 |
| | | | | | | $759.12 | | | | | | |
| **Employee: Riley, Lance R. (00000196)** | | | | | | | **Dept: 10000066 - Security** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Misc. Pay | | | | 3,428.85 | Federal | 129.32 | NY PFL | 15.59 | 0.00 | $2,772.00 | FICA | 212.58 |
| | | | | $3,428.85 | FICA | 212.58 | NY SDI | 2.40 | 0.00 | | Medicare | 49.71 |
| | | | | | Medicare | 49.71 | | $17.99 | $0.00 | | NY SUTA | 72.01 |
| | | | | | NY State | 140.40 | | | | | NY MCTMT | 7.89 |
| | | | | | NYC | 106.85 | | | | | | $342.19 |
| | | | | | | $638.86 | | | | | | |

**Company: SID BOYS CORP DBA: Kellogs Diner (20133695)**
Year: 2023
Printed: 05/08/2023 11:38:05 am
PayrollDetailReport.rpt

# Payroll Detail

ABP Payroll Services LLC
www.abppayroll.com
(718)593-4993

| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hours and Wages** | | | | | **Taxes** | | | **Deductions** | | **Net Pay** | **Employer** | |
| **Employee: Rodriguez Balderas, Angel (00000101)** | | | | | | | Dept: 10000050 - Delivery | | | Loc: 00000001 - Payroll | Div: 00000001 - Main | |
| Regular Hours | $15.00 | | 160:00 | 2,400.00 | Federal | 401.88 | NY PFL | 17.09 | 0.00 | $2,764.81 | FICA | 232.90 |
| Overtime Hours | $22.50 | | 25:30 | 573.76 | FICA | 232.90 | NY SDI | 2.40 | 0.00 | | Medicare | 54.47 |
| Held Tips | | | | 782.78 | Medicare | 54.47 | | $19.49 | $0.00 | | NY SUTA | 64.65 |
| | | | 185:30 | $3,756.54 | NY State | 162.65 | | | | | NY MCTMT | 8.64 |
| | | | | | NYC | 120.34 | | | | | | $360.66 |
| | | | | | | $972.24 | | | | | | |
| **Employee: Rodriguez Bonilla, Arielys (00000220)** | | | | | | | Dept: 10000060 - Cashiers | | | Loc: 00000001 - Payroll | Div: 00000001 - Main | |
| Regular Hours | $16.50 | | 160:00 | 2,640.00 | Federal | 165.25 | NY PFL | 13.24 | 0.00 | $2,313.42 | FICA | 180.57 |
| Overtime Hours | $24.75 | | 11:00 | 272.28 | FICA | 180.57 | NY SDI | 2.40 | 0.00 | | Medicare | 42.24 |
| | | | 171:00 | $2,912.26 | Medicare | 42.24 | | $15.64 | $0.00 | | FUTA | 17.48 |
| | | | | | NY State | 112.00 | | | | | NY SUTA | 51.16 |
| | | | | | NYC | 82.14 | | | | | NY MCTMT | 6.69 |
| | | | | | | $583.20 | | | | | | $308.14 |
| **Employee: Rodriguez, Ismael (00000120)** | | | | | | | Dept: 10000010 - Kitchen | | | Loc: 00000001 - Payroll | Div: 00000001 - Main | |
| Regular Hours | $2,252.12 | | | 9,008.48 | Federal | 1,478.04 | NY PFL | 30.72 | 0.00 | $6,000.00 | FICA | 558.52 |
| | | | | $8,008.48 | FICA | 558.52 | NY SDI | 2.40 | 0.00 | | Medicare | 130.64 |
| | | | | | Medicare | 130.64 | | $33.12 | $0.00 | | NY MCTMT | 20.72 |
| | | | | | NY State | 469.08 | | | | | | $709.88 |
| | | | | | NYC | 339.08 | | | | | | |
| | | | | | | $2,975.36 | | | | | | |
| **Employee: Rodriguez Martinez, Clemente (00000223)** | | | | | | | Dept: 10000050 - Delivery | | | Loc: 00000001 - Payroll | Div: 00000001 - Main | |
| Regular Hours | $15.00 | | 153:30 | 2,302.50 | Federal | 210.13 | NY PFL | 13.45 | 0.00 | $2,298.34 | FICA | 183.36 |
| Overtime Hours | $22.50 | | 2:15 | 50.63 | FICA | 183.36 | NY SDI | 2.40 | 0.00 | | Medicare | 42.89 |
| Held Tips | | | | 604.34 | Medicare | 42.89 | | $15.85 | $0.00 | | FUTA | 17.74 |
| | | | 155:45 | $2,957.47 | NY State | 118.70 | | | | | NY SUTA | 52.11 |
| | | | | | NYC | 87.20 | | | | | NY MCTMT | 6.80 |
| | | | | | | $642.28 | | | | | | $312.90 |
| **Employee: Rosado Abreu, Yosuel Antonio (00000135)** | | | | | | | Dept: 10000070 - Management | | | Loc: 00000001 - Payroll | Div: 00000001 - Main | |
| Regular Hours | $38.00 | | 160:00 | 6,080.00 | Federal | 1,154.21 | NY PFL | 32.89 | 0.00 | $5,633.12 | FICA | 497.74 |
| Overtime Hours | $57.00 | | 20:45 | 1,182.75 | FICA | 497.74 | NY SDI | 2.40 | 0.00 | | Medicare | 116.41 |
| Bonus | | | | 644.32 | Medicare | 116.41 | | $35.29 | $0.00 | | NY MCTMT | 18.47 |
| Held Tips | | | | 121.00 | NY State | 385.59 | Reimbursement | | | | | $632.62 |
| | | | 180:45 | $8,028.07 | NYC | 287.10 | Exp. Reimb | 81.39 | 0.00 | | | |
| | | | | | | $2,441.05 | | $81.39 | $0.00 | | | |
| **Employee: Salmeron, Carlos Antonio (00000093)** | | | | | | | Dept: 10000010 - Kitchen | | | Loc: 00000001 - Payroll | Div: 00000001 - Main | |
| Regular Hours | $23.39 | | 160:00 | 3,742.40 | Federal | 453.93 | NY PFL | 26.03 | 0.00 | $4,464.72 | FICA | 363.63 |
| Overtime Hours | $35.09 | | 57:30 | 2,017.40 | FICA | 363.63 | NY SDI | 2.40 | 0.00 | | Medicare | 85.04 |
| Spread Of Hrs. | $15.00 | | 7:00 | 105.00 | Medicare | 85.04 | | $28.43 | $0.00 | | NY SUTA | 0.73 |
| | | | 224:30 | $5,864.80 | NY State | 268.25 | | | | | NY MCTMT | 13.49 |
| | | | | | NYC | 200.80 | | | | | | $462.89 |
| | | | | | | $1,371.65 | | | | | | |
| **Employee: Santos Torres, Jose (00000201)** | | | | | | | Dept: 10000010 - Kitchen | | | Loc: 00000001 - Payroll | Div: 00000001 - Main | |
| Regular Hours | $15.00 | | 26:00 | 390.00 | Federal | 12.37 | NY PFL | 1.77 | 0.00 | $327.25 | FICA | 24.18 |
| | | | 26:00 | $390.00 | FICA | 24.18 | NY SDI | 0.60 | 0.00 | | Medicare | 5.66 |
| | | | | | Medicare | 5.66 | | $2.37 | $0.00 | | FUTA | 2.34 |
| | | | | | NY State | 10.50 | | | | | NY SUTA | 8.19 |
| | | | | | NYC | 7.67 | | | | | NY MCTMT | 0.90 |
| | | | | | | $60.38 | | | | | | $41.27 |

Pay Frequency: Weekly
Check Dates: 04/01/2023 to 04/30/2023

**ABP Payroll Services LLC**
www.abppayroll.com
(718)593-4993

| Hours and Wages | | | | | Taxes | | Deductions | | | Net Pay | Employer | |
| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Sfeir, Joseph (00000155)** | | | | | | | **Dept: 10000030 - Wait Staff** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $10.00 | | 121:30 | 1,215.00 | Federal | 420.27 | NY PFL | 19.27 | 0.00 | $3,146.30 | FICA | 262.48 |
| Held Tips | | | | 3,018.74 | FICA | 262.48 | NY SDI | 2.40 | 0.00 | | Medicare | 61.38 |
| | | | 121:30 | $4,233.74 | Medicare | 61.38 | | $21.67 | $0.00 | | NY SUTA | 60.94 |
| | | | | | NY State | 184.87 | TFB | | | | NY MCTMT | 9.73 |
| | | | | | NYC | 136.97 | Tip Credit | 607.50 | 0.00 | | | $394.53 |
| | | | | | | $1,065.77 | | $607.50 | $0.00 | | | |
| **Employee: Sherman Jr., Ezel (00000227)** | | | | | | | **Dept: 10000066 - Security** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Misc. Pay | | | | 472.82 | FICA | 29.32 | NY PFL | 2.16 | 0.00 | $420.00 | FICA | 29.32 |
| | | | | $472.82 | Medicare | 6.86 | NY SDI | 1.20 | 0.00 | | Medicare | 6.86 |
| | | | | | NY State | 7.52 | | $3.36 | $0.00 | | FUTA | 2.84 |
| | | | | | NYC | 5.76 | | | | | NY SUTA | 9.92 |
| | | | | | | $49.46 | | | | | NY MCTMT | 1.09 |
| | | | | | | | | | | | | $50.03 |
| **Employee: Small, John (00000214)** | | | | | | | **Dept: 10000066 - Security** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Misc. Pay | | | | 6,008.29 | Federal | 727.44 | NY PFL | 26.76 | 0.00 | $4,290.00 | FICA | 372.52 |
| | | | | $6,008.29 | FICA | 372.52 | NY SDI | 2.40 | 0.00 | | Medicare | 87.11 |
| | | | | | Medicare | 87.11 | | $29.16 | $0.00 | | NY SUTA | 104.94 |
| | | | | | NY State | 287.09 | | | | | NY MCTMT | 13.82 |
| | | | | | NYC | 214.97 | | | | | | $578.39 |
| | | | | | | $1,689.13 | | | | | | |
| **Employee: Soungou, Oussynou (00000188)** | | | | | | | **Dept: 10000015 - Dishwasher** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $15.00 | | 153:15 | 2,298.75 | Federal | 171.13 | NY PFL | 11.98 | 0.00 | $2,070.93 | FICA | 163.22 |
| Overtime Hours | $22.50 | | 13:30 | 303.76 | FICA | 163.22 | NY SDI | 2.40 | 0.00 | | Medicare | 38.16 |
| Spread Of Hrs. | $15.00 | | 2:00 | 30.00 | Medicare | 38.16 | | $14.38 | $0.00 | | NY SUTA | 55.27 |
| | | | 168:45 | $2,632.51 | NY State | 100.82 | | | | | NY MCTMT | 6.06 |
| | | | | | NYC | 73.87 | | | | | | $262.71 |
| | | | | | | $547.20 | | | | | | |
| **Employee: Tapia, William (00000229)** | | | | | | | **Dept: 10000015 - Dishwasher** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $15.00 | | 21:00 | 315.00 | Federal | 4.67 | NY PFL | 1.43 | 0.00 | $272.31 | FICA | 19.53 |
| | | | 21:00 | $315.00 | FICA | 19.53 | NY SDI | 0.60 | 0.00 | | Medicare | 4.57 |
| | | | | | Medicare | 4.57 | | $2.03 | $0.00 | | FUTA | 1.89 |
| | | | | | NY State | 6.48 | | | | | NY SUTA | 6.62 |
| | | | | | NYC | 5.21 | | | | | NY MCTMT | 0.72 |
| | | | | | | $40.56 | | | | | | $33.33 |
| **Employee: Tec Cuz, Fredy (00000209)** | | | | | | | **Dept: 10000040 - Busser** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Regular Hours | $10.00 | | 135:00 | 1,350.00 | Federal | 187.53 | NY PFL | 12.59 | 0.00 | $2,166.92 | FICA | 171.70 |
| Overtime Hours | $17.50 | | 2:45 | 48.13 | FICA | 171.70 | NY SDI | 2.40 | 0.00 | | Medicare | 40.15 |
| Held Tips | | | | 1,371.04 | Medicare | 40.15 | | $14.99 | $0.00 | | FUTA | 15.61 |
| | | | 137:45 | $2,769.17 | NY State | 108.34 | TFB | | | | NY SUTA | 58.15 |
| | | | | | NYC | 79.54 | Tip Credit | 688.75 | 0.00 | | NY MCTMT | 6.37 |
| | | | | | | $587.26 | | $688.75 | $0.00 | | | $292.98 |
| **Employee: Thomas, Marc J (00000185)** | | | | | | | **Dept: 10000066 - Security** | | | **Loc: 00000001 - Payroll** | **Div: 00000001 - Main** | |
| Misc. Pay | | | | 5,963.74 | Federal | 272.38 | NY PFL | 26.07 | 0.00 | $4,720.00 | FICA | 369.76 |
| | | | | $5,963.74 | FICA | 369.76 | NY SDI | 2.40 | 0.00 | | Medicare | 86.47 |
| | | | | | Medicare | 86.47 | | $28.47 | $0.00 | | NY SUTA | 82.30 |
| | | | | | NY State | 278.29 | | | | | NY MCTMT | 13.71 |
| | | | | | NYC | 208.37 | | | | | | $552.24 |
| | | | | | | $1,215.27 | | | | | | |

**Company: SID BOYS CORP DBA: Kellogs Diner (20133695)**
Year: 2023
Printed: 05/08/2023 11:38:05 am
PayrollDetailReport.rpt

Page 8 of 9

# Payroll Detail

**ABP Payroll Services LLC**
www.abppayroll.com
(718)593-4993

Pay Frequency: Weekly
Check Dates: 04/01/2023 to 04/30/2023

| Hours and Wages | | | | | Taxes | | Deductions | | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Rate | Pieces | Hours | Amount | Tax | Amount | Deduction | Amount | Match | | Liability | Amount |
| Employee: Velasquez, Gumercindo (00000189) | | | | | | | Dept: 10000015 - Dishwasher | | | Loc: 00000001 - Payroll | Div: 00000001 - Main | |
| Regular Hours | $15.00 | | 135:30 | 2,032.50 | Federal | 99.14 | NY PFL | 9.24 | 0.00 | $1,649.05 | FICA | 126.01 |
| | | | 135:30 | $2,032.50 | FICA | 126.01 | NY SDI | 2.40 | 0.00 | | Medicare | 29.47 |
| | | | | | Medicare | 29.47 | | $11.64 | $0.00 | | FUTA | 12.20 |
| | | | | | NY State | 67.83 | | | | | NY SUTA | 42.68 |
| | | | | | NYC | 49.36 | | | | | NY MCTMT | 4.67 |
| | | | | | | $371.81 | | | | | | $215.03 |



## CompanyTotals:

**Total # of Pays: 208**  **Total # of Employees: 56**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 0.00 | 6,250:30 | 118,177.53 | Federal | 15,200.93 | NY PFL | 853.68 | 0.00 | $146,537.65 | FICA | 11,858.36 |
| Overtime Hours | 0.00 | 608:45 | 18,291.01 | FICA | 11,858.36 | NY SDI | 122.40 | 0.00 | | Medicare | 2,773.31 |
| Bonus | 0.00 | | 644.32 | Medicare | 2,773.31 | | $976.08 | $0.00 | | FUTA | 313.20 |
| Misc. Pay | 0.00 | | 21,280.19 | NY State | 8,097.48 | Reimbursement | | | | NY SUTA | 2,505.85 |
| Held Tips | 0.00 | | 31,308.24 | NYC | 5,941.40 | Exp. Reimb | 121.39 | 0.00 | | NY MCTMT | 439.94 |
| Salary | 0.00 | | 917.53 | | $43,871.48 | | $121.39 | $0.00 | | | $17,890.66 |
| Spread Of Hrs. | 0.00 | 43.00 | 645.00 | | | TFB | | | | | |
| | | 6,902:15 | $191,263.82 | | | Tip Credit | 6,982.50 | 0.00 | | | |
| | | | | | | | $6,982.50 | $0.00 | | | |

Company: SID BOYS CORP DBA: Kellogs Diner (20133695)
Year: 2023
Printed: 05/08/2023 11:38:05 am
PayrollDetailReport.rpt



301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
**FDIC**

Period Covered:
April 01, 2023 - April 30, 2023
Page 1 of 19

Mr. Richard J. McCord
90 Merrick Avenue 8th Floor
East Meadow NY 11554

| | |
|---|---|
| Case Number | 121-42207 |
| Case Name | SID BOYS CORP. |
| | DEBTOR |
| Trustee Number | 521290 |
| Trustee Name | Mr. Richard J. McCord |
| | TRUSTEE |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 63 | $815,014.91 | $706,797.13 |
| Total | | $815,014.91 | $706,797.13 |

## TRUSTEE CHECKING

**Account Number:** 4063

| Enclosures | 58 | Beginning Balance | $815,014.91 |
|---|---|---|---|
| | | + Total Additions | $209,136.89 |
| | | - Total Subtractions | $317,354.67 |
| | | **Ending Balance** | **$706,797.13** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 106 | 04-07 | $1,488.16 |
| 107 | 04-04 | $577.80 |
| 108 | 04-10 | $1,576.66 |
| 110* | 04-10 | $5,901.51 |
| 111 | 04-07 | $612.00 |
| 112 | 04-17 | $108.00 |
| 113 | 04-07 | $92.00 |
| 114 | 04-05 | $305.39 |
| 115 | 04-14 | $250.41 |
| 116 | 04-21 | $2,491.50 |
| 117 | 04-10 | $2,721.88 |
| 119* | 04-10 | $180.00 |
| 120 | 04-04 | $4,654.41 |
| 121 | 04-10 | $278.50 |
| 124* | 04-12 | $750.00 |
| 125 | 04-06 | $60,000.00 |
| 126 | 04-13 | $513.80 |
| 127 | 04-24 | $605.50 |
| 128 | 04-12 | $642.80 |
| 129 | 04-17 | $293.96 |
| 130 | 04-10 | $1,837.09 |
| 131 | 04-13 | $1,944.68 |
| 132 | 04-10 | $120.00 |
| 133 | 04-12 | $840.37 |



301 Grant Street, STE 2700
Pittsburgh PA 15219


Member

| Check # | Date | Amount |
|---------|------|--------|
| 134 | 04-17 | $622.00 |
| 135 | 04-10 | $972.97 |
| 136 | 04-12 | $205.00 |
| 137 | 04-14 | $92.00 |
| 138 | 04-10 | $756.68 |
| 139 | 04-12 | $22,616.73 |
| 140 | 04-17 | $8,745.62 |
| 141 | 04-17 | $45,000.00 |
| 142 | 04-20 | $4,250.36 |
| 143 | 04-19 | $9,211.82 |
| 144 | 04-21 | $2,295.12 |
| 145 | 04-19 | $752.00 |
| 146 | 04-18 | $1,618.99 |
| 147 | 04-18 | $692.39 |
| 148 | 04-21 | $230.00 |
| 149 | 04-20 | $686.51 |
| 150 | 04-17 | $5,000.00 |
| 151 | 04-18 | $550.00 |
| 152 | 04-18 | $19,997.36 |
| 153 | 04-20 | $46,923.78 |
| 154 | 04-25 | $4,009.13 |
| 155 | 04-26 | $163.72 |
| 156 | 04-25 | $699.02 |
| 157 | 04-28 | $92.00 |
| 161* | 04-27 | $62.50 |
| 163* | 04-24 | $285.88 |
| 165* | 04-26 | $571.00 |
| 167* | 04-28 | $255.85 |
| 168 | 04-28 | $2,059.90 |
| 169 | 04-24 | $2,250.50 |
| 171* | 04-28 | $162.00 |
| 172 | 04-27 | $45,000.00 |
| 8100084063 | 04-20 | $277.00 |
| 8100084063 | 04-20 | $283.50 |

## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| 04-28 | BANK & TECH FEE | $1,176.92 |

 

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 04-03 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $7,068.19 |
| 04-03 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $18,050.41 |
| 04-03 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $18,207.60 |
| 04-04 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $3,243.34 |
| 04-05 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $3,592.82 |
| 04-06 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $5,419.51 |
| 04-07 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $5,533.03 |
| 04-10 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $7,240.28 |
| 04-10 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $8,042.55 |
| 04-10 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $8,729.34 |
| 04-11 | UBER USA 6787 EDI PAYMNT Richard J. McCord | $1,353.21 |
| 04-11 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $4,239.85 |
| 04-12 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $3,786.38 |
| 04-13 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $5,246.97 |
| 04-14 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $5,773.37 |
| 04-17 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $7,220.05 |
| 04-17 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $11,385.94 |
| 04-17 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $11,387.38 |
| 04-18 | UBER USA 6787 EDI PAYMNT Richard J. McCord | $2,153.66 |
| 04-18 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $3,524.29 |
| 04-19 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $4,120.45 |
| 04-20 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $3,844.69 |
| 04-21 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $4,767.30 |
| 04-24 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $7,772.97 |
| 04-24 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $11,708.30 |
| 04-24 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $13,665.54 |
| 04-25 | UBER USA 6787 EDI PAYMNT Richard J. McCord | $2,533.45 |
| 04-25 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $4,455.91 |
| 04-26 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $4,444.31 |
| 04-27 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $5,124.61 |
| 04-28 | VIRTURAL PROFIT ACH Pmt Kellogg's Diner | $1,524.11 |
| 04-28 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $3,997.08 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-31 | $815,014.91 | 04-03 | $858,341.11 | 04-04 | $856,352.24 |
| 04-05 | $859,639.67 | 04-06 | $805,059.18 | 04-07 | $808,400.06 |
| 04-10 | $818,066.93 | 04-11 | $823,659.99 | 04-12 | $802,391.47 |
| 04-13 | $805,179.96 | 04-14 | $810,610.92 | 04-17 | $780,814.71 |
| 04-18 | $763,633.92 | 04-19 | $757,790.55 | 04-20 | $709,774.59 |
| 04-21 | $708,964.77 | 04-24 | $738,969.70 | 04-25 | $741,250.91 |
| 04-26 | $744,960.50 | 04-27 | $705,022.61 | 04-28 | $706,797.13 |

TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
FDIC

Period Covered:
April 01, 2023 - April 30, 2023
Page 4 of 19



| 04/07/2023 | 106 | $1,488.16 |
| 04/07/2023 | 106 | $1,488.16 |
| 04/04/2023 | 107 | $577.80 |
| 04/04/2023 | 107 | $577.80 |
| 04/10/2023 | 108 | $1,576.66 |
| 04/10/2023 | 108 | $1,576.66 |
| 04/10/2023 | 110 | $5,901.51 |
| 04/10/2023 | 110 | $5,901.51 |

301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
FDIC

Period Covered:
April 01, 2023 - April 30, 2023
Page 5 of 19



| 04/07/2023 | 111 | $612.00 | | 04/07/2023 | 111 | $612.00 |
| 04/17/2023 | 112 | $108.00 | | 04/17/2023 | 112 | $108.00 |
| 04/07/2023 | 113 | $92.00 | | 04/07/2023 | 113 | $92.00 |
| 04/05/2023 | 114 | $305.39 | | 04/05/2023 | 114 | $305.39 |

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
FDIC

Period Covered:
April 01, 2023 - April 30, 2023
Page 6 of 19



| 04/14/2023 | 115 | $250.41 |
| 04/14/2023 | 115 | $250.41 |
| 04/21/2023 | 116 | $2,491.50 |
| 04/21/2023 | 116 | $2,491.50 |
| 04/10/2023 | 117 | $2,721.88 |
| 04/10/2023 | 117 | $2,721.88 |
| 04/10/2023 | 119 | $180.00 |
| 04/10/2023 | 119 | $180.00 |

TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

TriState Capital Bank
VOID AFTER 90 DAYS 120
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
Debtor SID BOYS CORP.
Date 03/30/2023 $ *******4,654.41
---Four Thousand Six Hundred Fifty-Four Dollars and 41/100
Pay to the Order of: Utica First Insurance Company, P.O. Box 851, Utica NY 13503-0851
⑈000000120⑈ ⑆043019003⑆

CREDIT WITHIN NAMED PAYEE
M&T BANK LOCKBOX
69319 04/03/2023 81243 4
DDA >9845417055< >052000113<

| Date | Check | Amount | Date | Check | Amount |
|---|---|---|---|---|---|
| 04/04/2023 | 120 | $4,654.41 | 04/04/2023 | 120 | $4,654.41 |

TriState Capital Bank
VOID AFTER 90 DAYS 121
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
Debtor SID BOYS CORP.
Date 03/30/2023 $ ******278.50
---Two Hundred Seventy-Eight Dollars and 50/100
RICHARD J. McCORD, Trustee
⑈000000121⑈ ⑆043019003⑆

JPMorgan Chase Bank 040702 298394 982410018813

| Date | Check | Amount | Date | Check | Amount |
|---|---|---|---|---|---|
| 04/10/2023 | 121 | $278.50 | 04/10/2023 | 121 | $278.50 |

TriState Capital Bank
VOID AFTER 90 DAYS 124
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
Debtor SID BOYS CORP.
[redacted]
Date 04/03/2023 $ ********750.00
---Seven Hundred Fifty Dollars and 00/100
Pay to the Order of: Vasilios Theodorou, 2229 33th Street, Astoria NY 11105
⑈000000124⑈ ⑆043019003⑆

| Date | Check | Amount | Date | Check | Amount |
|---|---|---|---|---|---|
| 04/12/2023 | 124 | $750.00 | 04/12/2023 | 124 | $750.00 |

TriState Capital Bank
VOID AFTER 90 DAYS 125
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
Debtor SID BOYS CORP.
Date 04/04/2023 $ ******60,000.00
---Sixty Thousand Dollars and 00/100
Pay to the Order of: Richard J. McCord, Chapter 7 Trustee of Sid Boys Corp, 90 Merrick Avenue, 9th Floor, East Meadow NY 11554
⑈000000125⑈ ⑆043019003⑆

Old Brookville Co...

| Date | Check | Amount | Date | Check | Amount |
|---|---|---|---|---|---|
| 04/06/2023 | 125 | $60,000.00 | 04/06/2023 | 125 | $60,000.00 |



| 04/13/2023 | 126 | $513.80 | | 04/13/2023 | 126 | $513.80 |
|---|---|---|---|---|---|---|
| 04/24/2023 | 127 | $605.50 | | 04/24/2023 | 127 | $605.50 |
| 04/12/2023 | 128 | $642.80 | | 04/12/2023 | 128 | $642.80 |
| 04/17/2023 | 129 | $293.96 | | 04/17/2023 | 129 | $293.96 |



TriState CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

TriState Capital Bank
VOID AFTER 90 DAYS 130
Case 121-42207 661 Debtor SID BOYS CORP.
RICHARD J. McCORD CHAPTER 7 TRUSTEE 90 MERRICK AVENUE EAST MEADOW NY 11554
Date 04/06/2023 $ *******1,837.09
---One Thousand Eight Hundred Thirty-Seven Dollars
Pay to the Order of Ayoubi Foods 347 Route 109 West Babylon NY 11704
⑈00000130⑈ ⑆043019003⑆

For Deposit Only - JPMC

04/10/2023 130 $1,837.09

04/10/2023 130 $1,837.09

TriState Capital Bank
VOID AFTER 90 DAYS 131
Case 121-42207 661 Debtor SID BOYS CORP.
RICHARD J. McCORD CHAPTER 7 TRUSTEE 90 MERRICK AVENUE EAST MEADOW NY 11554
Date 04/06/2023 $ *******1,944.68
---One Thousand Nine Hundred Forty-Four Dollars and 68/100
Pay to the Order of ZEZE Food Corp 57-58 59th Street Maspeth NY 11378
RICHARD J. McCORD, Trustee
⑈00000131⑈ ⑆043019003⑆

For Deposit Only Electronically Processed

04/13/2023 131 $1,944.68

04/13/2023 131 $1,944.68

TriState Capital Bank
VOID AFTER 90 DAYS 132
Case 121-42207 661 Debtor SID BOYS CORP.
RICHARD J. McCORD CHAPTER 7 TRUSTEE 90 MERRICK AVENUE EAST MEADOW NY 11554
Date 04/06/2023 $ *********120.00
---One Hundred Twenty Dollars and 00/100
Pay to the Order of Metropolitan Fish Market Inc. 635 Metropolitan Avenue Brooklyn NY 11211
RICHARD J. McCORD, Trustee
⑈00000132⑈ ⑆043019003⑆

483809070266 174722 20230407 000000008100084063
TRN_DEBIT TAE1898 120.00
Greenpoint 4838 94004 4838 0002 0170

04/10/2023 132 $120.00

04/10/2023 132 $120.00

#8003
TriState Capital Bank
VOID AFTER 90 DAYS 133
Debtor SID BOYS CORP.
RICHARD J. McCORD CHAPTER 7 TRUSTEE 90 MERRICK AVENUE EAST MEADOW NY 11554
Date 04/06/2023 $ *********840.37
---Eight Hundred Forty Dollars and 37/100
Pay to the Order of Rockland Bakery Inc 94 Demarest Mill Road Nanuet NY 10954
RICHARD J. McCORD, Trustee
⑈00000133⑈ ⑆043019003⑆

Webster Bank
2023-04-11

04/12/2023 133 $840.37

04/12/2023 133 $840.37



301 Grant Street, STE 2700
Pittsburgh PA 15219

Member **FDIC**



| | | |
|---|---|---|
| 04/17/2023 | 134 | $622.00 |
| 04/17/2023 | 134 | $622.00 |
| 04/10/2023 | 135 | $972.97 |
| 04/10/2023 | 135 | $972.97 |
| 04/12/2023 | 136 | $205.00 |
| 04/12/2023 | 136 | $205.00 |
| 04/14/2023 | 137 | $92.00 |
| 04/14/2023 | 137 | $92.00 |

# TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
FDIC

Period Covered:
April 01, 2023 - April 30, 2023
Page 11 of 19



| 04/10/2023 | 138 | $756.68 |
| 04/10/2023 | 138 | $756.68 |

| 04/12/2023 | 139 | $22,616.73 |
| 04/12/2023 | 139 | $22,616.73 |

| 04/17/2023 | 140 | $8,745.62 |
| 04/17/2023 | 140 | $8,745.62 |

| 04/17/2023 | 141 | $45,000.00 |
| 04/17/2023 | 141 | $45,000.00 |

# TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
**FDIC**

Period Covered:
April 01, 2023 - April 30, 2023
Page 12 of 19



| 04/20/2023 | 142 | $4,250.36 |
| 04/20/2023 | 142 | $4,250.36 |

| 04/19/2023 | 143 | $9,211.82 |
| 04/19/2023 | 143 | $9,211.82 |

| 04/21/2023 | 144 | $2,295.12 |
| 04/21/2023 | 144 | $2,295.12 |

| 04/19/2023 | 145 | $752.00 |
| 04/19/2023 | 145 | $752.00 |

TriState Capital Bank
Pittsburgh, PA
VOID AFTER 90 DAYS 146
[redacted] Debtor SID BOYS CORP.
TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
Date 04/13/2023 $ *****1,618.99
---One Thousand Six Hundred Eighteen Dollars and 99/100
Pay to the Order of Aponi Foods
241 Route 109
West Babylon NY 11704
RICHARD J. McCORD, Trustee
⑈000000146⑈ ⑆043019003⑆

For Deposit Only - JPMC
for mobile deposit

| | | | | | |
|---|---|---|---|---|---|
| 04/18/2023 | 146 | $1,618.99 | 04/18/2023 | 146 | $1,618.99 |

TriState Capital Bank
Pittsburgh, PA
VOID AFTER 90 DAYS 147
Debtor SID BOYS CORP.
TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
Date 04/13/2023 $ *********692.39
---Six Hundred Ninety-Two Dollars and 39/100
Pay to the Order of [illegible]
RICHARD J. McCORD, Trustee
⑈000000147⑈ ⑆043019003⑆

For Deposit Only - JPMC

| | | | | | |
|---|---|---|---|---|---|
| 04/18/2023 | 147 | $692.39 | 04/18/2023 | 147 | $692.39 |

TriState Capital Bank
Pittsburgh, PA
VOID AFTER 90 DAYS 148
Debtor SID BOYS CORP.
TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
Date 04/13/2023 $ *********230.00
---Two Hundred Thirty Dollars and 00/100
Pay to the Order of Cake Masters Ltd
P. O. Box 533
Bronx NY 10456
RICHARD J. McCORD, Trustee
⑈000000148⑈ ⑆043019003⑆

CAKE MASTERS LTD
For Mobile Deposit Only

| | | | | | |
|---|---|---|---|---|---|
| 04/21/2023 | 148 | $230.00 | 04/21/2023 | 148 | $230.00 |

TriState Capital Bank
Pittsburgh, PA
VOID AFTER 90 DAYS 149
Debtor SID BOYS CORP.
TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
Date 04/13/2023 $ *********686.51
---Six Hundred Eighty-Six Dollars and 51/100
Pay to the Order of Rockland Bakery Inc.
94 Demarest Mill Road
Nanuet NY 10954
#8003
RICHARD J. McCORD, Trustee
⑈000000149⑈ ⑆043019003⑆

4/19/2023 10:21:39 AM
DEPOSIT ONLY

| | | | | | |
|---|---|---|---|---|---|
| 04/20/2023 | 149 | $686.51 | 04/20/2023 | 149 | $686.51 |



301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
FDIC

Period Covered:
April 01, 2023 - April 30, 2023
Page 14 of 19



| | | |
|---|---|---|
| 04/17/2023 | 150 | $5,000.00 |
| 04/17/2023 | 150 | $5,000.00 |
| 04/18/2023 | 151 | $550.00 |
| 04/18/2023 | 151 | $550.00 |
| 04/18/2023 | 152 | $19,997.36 |
| 04/18/2023 | 152 | $19,997.36 |
| 04/20/2023 | 153 | $46,923.78 |
| 04/20/2023 | 153 | $46,923.78 |

TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

TriState Capital Bank
VOID AFTER 90 DAYS 154
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
Debtor: SID BOYS CORP.
Date 04/17/2023 $ *******4,009.13
---Four Thousand Nine Dollars and 13/100
Pay to the Order of: ABP Payroll Services LLC, 22-76 Steinway Street, Astoria NY 11105
RICHARD J. McCORD, Trustee
⑈000000154⑈ ⑆043019003⑆

| Date | Check | Amount |
|---|---|---|
| 04/25/2023 | 154 | $4,009.13 |
| 04/25/2023 | 154 | $4,009.13 |

TriState Capital Bank
VOID AFTER 90 DAYS 155
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
Debtor: SID BOYS CORP.
Date 04/20/2023 $ **********163.72
---One Hundred Sixty-Three Dollars and 72/100
Pay to the Order of: DirectTV, P.O. Box 5006, Carol Stream IL 60197-5006
RICHARD J. McCORD, Trustee
⑈000000155⑈ ⑆043019003⑆

| Date | Check | Amount |
|---|---|---|
| 04/26/2023 | 155 | $163.72 |
| 04/26/2023 | 155 | $163.72 |

\# 8003
TriState Capital Bank
VOID AFTER 90 DAYS 156
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
Debtor: SID BOYS CORP.
Date 04/20/2023 $ **********699.02
---Six Hundred Ninety-Nine Dollars and 02/100
Pay to the Order of: Rockland Bakery Inc, 94 Demarest Mill Road, Nanuet NY 10954
RICHARD J. McCORD, Trustee
⑈000000156⑈ ⑆043019003⑆

209 4/24/2023 9:07:29 AM

| Date | Check | Amount |
|---|---|---|
| 04/25/2023 | 156 | $699.02 |
| 04/25/2023 | 156 | $699.02 |

TriState Capital Bank
VOID AFTER 90 DAYS 157
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
Debtor: SID BOYS CORP.
Date 04/20/2023 $ ***********92.00
---Ninety-Two Dollars and 00/100
Pay to the Order of: Mr. Pickle Inc, 44 Brooklyn Terminal Market, Brooklyn NY 11236
⑈000000157⑈ ⑆043019003⑆

| Date | Check | Amount |
|---|---|---|
| 04/28/2023 | 157 | $92.00 |
| 04/28/2023 | 157 | $92.00 |

TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

TriState Capital Bank
Pittsburgh, PA

VOID AFTER 90 DAYS 161

Case: SID BOYS CORP.

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Date 04/20/2023 $ ***********62.50

---Sixty-Two Dollars and 50/100

Pay to the Order of: For Five Coffee Roasters, 59-01 55th Street, Maspeth NY 11378

RICHARD J. McCORD, Trustee

⑈0000161⑈ ⑆043019003

JPMorganChaseBank 042005 000360 925000039215

| 04/27/2023 | 161 | $62.50 |
|---|---|---|

| 04/27/2023 | 161 | $62.50 |
|---|---|---|

TriState Capital Bank
Pittsburgh, PA

VOID AFTER 90 DAYS 163

Case: SID BOYS CORP.

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Date 04/20/2023 $ **********285.88

---Two Hundred Eighty-Five Dollars and 88/100

Pay to the Order of: Gourmet Foods, 15 W. Jefryn Blvd, Deer Park NY 11729

RICHARD J. McCORD, Trustee

⑈0000163⑈ ⑆043019003⑆ 163⑈

For Deposit Only - JPMC

| 04/24/2023 | 163 | $285.88 |
|---|---|---|

| 04/24/2023 | 163 | $285.88 |
|---|---|---|

275

TriState Capital Bank
Pittsburgh, PA

VOID AFTER 90 DAYS 165

[redacted] SID BOYS CORP.

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Date 04/20/2023 $ **********571.00

---Five Hundred Seventy-One Dollars and 00/100

Pay to the Order of: East Coast Atlas, 100 Michael Drive, Syosset NY 11791

⑈0000165⑈ ⑆043019003⑆

20230426900191000000200011

FOR DEPOSIT ONLY
KRYSTAL FRUITS AND VEGETABLES INC

| 04/26/2023 | 165 | $571.00 |
|---|---|---|

| 04/26/2023 | 165 | $571.00 |
|---|---|---|

TriState Capital Bank
Pittsburgh, PA

VOID AFTER 90 DAYS 167

Case: SID BOYS CORP.

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Date 04/20/2023 $ **********255.85

---Two Hundred Fifty-Five Dollars and 85/100

Pay to the Order of: Dishwashing NY, 8110 135th St, Apt 619, Jamaica NY 11435

[redacted]

RICHARD J. McCORD, Trustee

⑈0000167⑈ ⑆043019003⑆

JPMorganChaseBank 042705 003851 932040019456

DB Washing NY

| 04/28/2023 | 167 | $255.85 |
|---|---|---|

| 04/28/2023 | 167 | $255.85 |
|---|---|---|

TriState Capital Bank
VOID AFTER 90 DAYS
168
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
SID BOYS CORP.
Date 04/20/2023
$ ******2,059.90
---Two Thousand Fifty-Nine Dollars and 90/100
Zaza Food Corp
57-58 59th Street
Maspeth NY 11378
RICHARD J. McCORD, Trustee

| | | |
|---|---|---|
| 04/28/2023 | 168 | $2,059.90 |

For Deposit Only

| | | |
|---|---|---|
| 04/28/2023 | 168 | $2,059.90 |

TriState Capital Bank
VOID AFTER 90 DAYS
169
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
SID BOYS CORP.
Date 04/20/2023
$ *******2,250.50
---Two Thousand Two Hundred Fifty Dollars and 50/100
Agbari Foods
West Babylon NY 11704
RICHARD J. McCORD, Trustee

| | | |
|---|---|---|
| 04/24/2023 | 169 | $2,250.50 |

For Deposit Only - JPMC

| | | |
|---|---|---|
| 04/24/2023 | 169 | $2,250.50 |

TriState Capital Bank
VOID AFTER 90 DAYS
171
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
SID BOYS CORP.
Date 04/20/2023
$ *********162.00
---One Hundred Sixty-Two Dollars and 00/100
Cake Masters Ltd
P.O. Box 327
Bronx NY 10456
RICHARD J. McCORD, Trustee

| | | |
|---|---|---|
| 04/28/2023 | 171 | $162.00 |

Cake Masters Ltd
Mobile Deposit

| | | |
|---|---|---|
| 04/28/2023 | 171 | $162.00 |

TriState Capital Bank
VOID AFTER 90 DAYS
172
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 04/25/2023
$ *****45,000.00
---Forty-Five Thousand Dollars and 00/100
Richard J. McCord, Chapter 7 Trustee for Sid Boys Corp
90 Merrick Avenue,
9th Floor
East Meadow NY 11554
RICHARD J. McCORD, Trustee

| | | |
|---|---|---|
| 04/27/2023 | 172 | $45,000.00 |

Old Brookville 06%

| | | |
|---|---|---|
| 04/27/2023 | 172 | $45,000.00 |

![TriState Capital logo](TriState Capital CAPITAL)

301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
FDIC



| 04/20/2023 | $277.00 | 04/20/2023 | $277.00 |
| 04/20/2023 | $283.50 | 04/20/2023 | $283.50 |

**TRISTATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
**FDIC**


Period Covered:
April 01, 2023 - April 30, 2023
Page 19 of 19

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

**173**

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 662 | SID BOYS CORP. |

Payment of Invoice dated 4/26/23, Customer ID 2956000, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/27/2023

$ *********161.00

~~~One Hundred Sixty-One Dollars and 00/100

Pay to the Order of

Mr. Pickle
44 Brooklyn Terminal Market
Brooklyn NY 11236

RICHARD J. McCORD, Trustee

⑈000001⑊73⑈ ⑆0430⑊9003⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

**174**

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 662 | SID BOYS CORP. |

Payment of Invoice #' 241725193, customer id 073015, Kellogg's Diner, 518 Metropolitan Avenue,

Date 04/27/2023

$ *********410.95

~~~Four Hundred Ten Dollars and 95/100

Pay to the Order of

Sysco Long Island LLC
199 Lowell Ave
Central Islip NY 11722

RICHARD J. McCORD, Trustee

⑈000001⑊74⑈ ⑆0430⑊9003⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

**175**

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 662 | SID BOYS CORP. |

Payment of Invoice #295959, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/27/2023

$ *********697.00

~~~Six Hundred Ninety-Seven Dollars and 00/100

Pay to the Order of

For Five Coffee Roasters
59-01 55th Street
Maspeth NY 11378

RICHARD J. McCORD, Trustee

⑈000001⑊75⑈ ⑆0430⑊9003⑆

**TriState Capital Bank**
Pittsburgh, PA

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoices dated April 21, 22, 24, 25, and 26, 2023; Kellogg's Diner, 518 Metropolitan Avenue

~~~Seven Hundred Nine Dollars and 07/100

Pay to the
Order of
Rockland Bakery Inc.
94 Demarest Mill Road
Nanuet NY 10954

**VOID AFTER 90 DAYS**

**176**

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Date 04/27/2023     $ ********709.07

RICHARD J. McCORD, Trustee

⑈000001 76⑈ ⑇043019003⑇

---

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #'s 8640 and 8625, Kellogg's Diner, 518 Metropolitan Avenue

~~~One Thousand Nine Hundred Fourteen Dollars and 55/100

Pay to the
Order of
Agouri Foods
247 NY-109
West Babylon NY 11704

**VOID AFTER 90 DAYS**

**177**

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Date 04/27/2023     $ *******1,914.55

RICHARD J. McCORD, Trustee

⑈000001 77⑈ ⑇043019003⑇

---

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

Payment of Inv #23559, dated April 25, 2023 ($570) and invoice dated April 21, 2023 ($225), Kellogg's Diner, 518 Metropolitan Avenue

~~~Seven Hundred Ninety-Five Dollars and 00/100

Pay to the
Order of
Marthas Country Bakery
263 Bedford Ave
Brooklyn NY 11211

**VOID AFTER 90 DAYS**

**178**

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Date 04/27/2023     $ *********795.00

RICHARD J. McCORD, Trustee

⑈000001 78⑈ ⑇043019003⑇

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**179**
08-1900 / 430
8/92

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of invoice #345957, 345570, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/27/2023          $ *******1,295.16

---One Thousand Two Hundred Ninety-Five Dollars and 16/100

Pay to the
Order of     Western Bag & Paper Supplies
             6 Rewe Street
             Brooklyn NY 11211

RICHARD J. McCORD, Trustee

⑈00000179⑈ ⑆043019003⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**180**
08-1900 / 430
8/92

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Inv #'s 388588 and 388448, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/27/2023          $ *******2,582.08

~~~Two Thousand Five Hundred Eighty-Two Dollars and 08/100

Pay to the
Order of     Zeze Food Corp
             57-58 59th Street
             Maspeth NY 11378

RICHARD J. McCORD, Trustee

⑈00000180⑈ ⑆043019003⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**181**
08-1900 / 430
10
8/92

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Inv #'s 163184 and 159923, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/27/2023          $ ********621.85

~~~Six Hundred Twenty-One Dollars and 85/100

Pay to the
Order of     East Coast Juice
             300 Michael Drive
             Syosset NY 11791

RICHARD J. McCORD, Trustee

⑈00000181⑈ ⑆043019003⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS  184

08-4900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Inv #0399503042123, acct #81S0230010399503, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/27/2023    $ *********970.61

~~~Nine Hundred Seventy Dollars and 61/100

Pay to the
Order of  Spectrum
Charter Communications
P.O. Box 7186
Pasadena CA 91109-7186

RICHARD J. McCORD, Trustee

⑈000001846⑈ ⑆043019003⑆ ⑈ ⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**182**

08-1800 / 430
11
7807

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Inv #829508, Acct #109727, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/27/2023

$ *********722.25

-~~Seven Hundred Twenty-Two Dollars and 25/100

Pay to the
Order of

Liberty Pest Control
8230 17th Avenue
Brooklyn NY 11214

RICHARD J. McCORD, Trustee

⑈0000018 2⑈ ⑆04301900 3⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS    **183**

08-1900 / 430

| Case | Debtor |
|------|--------|
| 121-42007-643 | SID BOYS CORP. |

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Payment of invoice dated April 17, 2023, ref: 2023-42, Kellogg's Diner, 518
Metropolitan Avenue

Date 04/27/2023    $ \*\*\*\*\*\*\*3,096.00

~~~Three Thousand Ninety-Six Dollars and 00/100

Pay to the
Order of    AP Tek Restoration Inc.
80-02 Astoria Boulevard
East Elmhurst NY 11370

RICHARD J. McCORD, Trustee

⑈000000183⑈ ⑆043019003⑆ 8

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS    **158**

08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice Nos. 25605, 25638, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023    $ \*\*\*\*\*\*\*\*552.00

~~~Five Hundred Fifty-Two Dollars and 00/100

Pay to the Order of   Katerina's Tartufo
585 Bicycle Path
Port Jef Sta NY 11776

RICHARD J. McCORD, Trustee

⑆00000158⑆ ⑆043019003⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS    **159**

08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment for Invoice dated April 17, 2023, service of grease ducts, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023    $ \*\*\*\*\*\*\*\*435.00

~~~Four Hundred Thirty-Five Dollars and 00/100

Pay to the Order of   American Protection Svcs Corp
P.O. Box 303
West Hempstead NY 11552

RICHARD J. McCORD, Trustee

⑆00000159⑆ ⑆043019003⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS    **160**

08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #26218, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023    $ \*\*\*\*\*\*\*\*578.50

~~~Five Hundred Seventy-Eight Dollars and 50/100

Pay to the Order of   Martha's Country Bakery
263 Bedford Ave
Brooklyn NY 11211

RICHARD J. McCORD, Trustee

⑆00000160⑆ ⑆043019003⑆

**TriState Capital Bank**
Pittsburgh, PA

TID #521290

VOID AFTER 90 DAYS    **161**
08-1900/430

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Payment of Invoice #295665, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023    $ \*\*\*\*\*\*\*\*\*\*62.50

~~~Sixty-Two Dollars and 50/100

Pay to the Order of
For Five Coffee Roasters
59-01 55th Street
Maspeth NY 11378

RICHARD J. McCORD, Trustee

�011000016 1�011 �1:043019003�1:

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

TID #521290

VOID AFTER 90 DAYS    **162**
08-1900/430

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Payment of Invoice #WW3AHW25W76, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023    $ \*\*\*\*\*\*\*\*\*215.50

~~~Two Hundred Fifteen Dollars and 50/100

Pay to the Order of
Heartland Food Products, LLC
P.O. Box 1147
Concordville PA 19331

RICHARD J. McCORD, Trustee

�011000016 2�011 �1:043019003�1:

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

TID #521290

VOID AFTER 90 DAYS    **163**
08-1900/430

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Payment of Invoice #589671, Customer No. KA0028, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023    $ \*\*\*\*\*\*\*\*285.88

~~~Two Hundred Eighty-Five Dollars and 88/100

Pay to the Order of
Optima Foods
15 W. Jefryn Blvd
Deer Park NY 11729

RICHARD J. McCORD, Trustee

�011000016 3�011 �1:043019003�1:

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS          164

08-1900 / 430

TID #521290

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Payment of ...... s: 345516, 345408, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023          $ **********977.48

~~~Nine Hundred Seventy-Seven Dollars and 48/100

Pay to the
Order of
Western Bag & Paper Supplies
6 Rewe Street
Brooklyn NY 11211

RICHARD J. McCORD, Trustee

�active00000164⑈ ⑆043019003⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

TID #521290

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Payment of Invoice #16152?PO, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023          $ ********571.00

~~~Five Hundred Seventy-One Dollars and 00/100

Pay to the
Order of
East Coast Juice
300 Michael Drive
Syosset NY 11791

RICHARD J. McCORD, Trustee

⑈00000165⑈ ⑆043019003⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS          166

08-1900 / 430

TID #521290

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

Payment of Invoice #C13037302, Customer No. 827232, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023          $ **********40.83

~~~Forty Dollars and 83/100

Pay to the
Order of
Cozzini Bros
350 Howard Avenue
Des Plaines IL 60018

RICHARD J. McCORD, Trustee

⑈00000166⑈ ⑆043019003⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK –HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

170

08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice No. 073015, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023

$ *******8,820.55

~~~Eight Thousand Eight Hundred Twenty Dollars and 55/100

Pay to the Order of

Sysco
199 Lowell Ave
Central Islip NY 11722

RICHARD J. McCORD, Trustee

⑆000001 70⑆ ⑈043019003⑈

---

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK –HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

/ 430

TID 4521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice No. 353707, Kellogg's Diner, 518 Metropolitan Avenue

Date 04/20/2023

$ *********162.00

~~~One Hundred Sixty-Two Dollars and 00/100

Pay to the Order of

Cake Masters Ltd
P.O. Box 533
Bronx NY 10456

RICHARD J. McCORD, Trustee

⑆000001 71⑆ ⑈043019003⑈