

T STATEMENT OF ACCOUNT

SID BOYS CORP
KELLOGGS DINER
518 METROPOLITAN AVE
BROOKLYN NY 11211

Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #:
Primary Account #:

## TD Business Premier Checking

SID BOYS CORP

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 61,625.66 | Average Collected Balance | 44,823.34 |
| Deposits | 157,275.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 15,455.43 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 15,196.20 | Days in Period | 30 |
| Electronic Payments | 189,804.15 | | |
| Service Charges | 55.68 | | |
| Ending Balance | 29,300.06 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | DEPOSIT | 4,236.00 |
| 04/03 | DEPOSIT | 4,069.00 |
| 04/03 | DEPOSIT | 4,064.00 |
| 04/05 | DEPOSIT | 60,000.00 |
| 04/06 | DEPOSIT | 2,969.00 |
| 04/10 | DEPOSIT | 4,485.00 |
| 04/10 | DEPOSIT | 4,141.00 |
| 04/14 | DEPOSIT | 45,000.00 |
| 04/14 | DEPOSIT | 6,041.00 |
| 04/17 | DEPOSIT | 5,950.00 |
| 04/20 | DEPOSIT | 3,346.00 |
| 04/24 | DEPOSIT | 7,374.00 |
| 04/24 | DEPOSIT | 1,572.00 |
| 04/27 | DEPOSIT | 4,028.00 |
| | Subtotal: | 157,275.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | CCD DEPOSIT, GRUBHUB INC MAR ACTVTY 23040131AABYhrg | 892.72 |
| 04/07 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY 23040705ptoJj8w | 2,107.15 |
| 04/07 | CCD DEPOSIT, GRUBHUB INC MAR ACTVTY 23040701ptoJj8w | 1,699.07 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 29,300.06 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SID BOYS CORP

Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #:
Primary Account #: 44

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/14 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY 23041412ptoJj8w | 3,183.89 |
| 04/21 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY 23042119ptoJj8w | 3,503.54 |
| 04/28 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY 23042826ptoJj8w | 4,069.06 |
| | Subtotal: | 15,455.43 |

**Checks Paid** No. Checks: 5 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/12 | 1033 | 40.83 | 04/06 | 1069* | 3,489.74 |
| 04/04 | 1056* | 4,662.73 | 04/04 | 1070 | 5,212.99 |
| 04/13 | 1066* | 1,789.91 | | | |
| | | | | Subtotal: | 15,196.20 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | eTransfer Debit, Online Xfer<br>Transfer to CK 5 | 5,500.00 |
| 04/06 | eTransfer Debit, Online Xfer<br>Transfer to CK 35 | 55,000.00 |
| 04/11 | eTransfer Debit Online Xfer<br>Transfer to CK 56 | 45,200.00 |
| 04/12 | eTransfer Debit, Online Xfer<br>Transfer to CK 4 5 | 8,000.00 |
| 04/20 | eTransfer Debit, Online Xfer<br>Transfer to CK 25 | 46,000.00 |
| 04/21 | CCD DEBIT, NYS DTF SALES TAX PAYMNT 00000 | 24,104.15 |
| 04/24 | eTransfer Debit, Online Xfer<br>Transfer to CK 4 | 6,000.00 |
| | Subtotal: | 189,804.15 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | CASH DEPOSITED FEE | 55.68 |
| | Subtotal: | 55.68 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 61,625.66 | 04/13 | 21,392.40 |
| 04/03 | 74,887.38 | 04/14 | 75,617.29 |
| 04/04 | 59,511.66 | 04/17 | 81,567.29 |
| 04/05 | 119,511.66 | 04/20 | 38,913.29 |
| 04/06 | 63,990.92 | 04/21 | 18,312.68 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

SID BOYS CORP

Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: [illegible]
Primary Account #: [illegible]5

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/07 | 67,797.14 | 04/24 | 21,258.68 |
| 04/10 | 76,423.14 | 04/27 | 25,286.68 |
| 04/11 | 31,223.14 | 04/28 | 29,300.06 |
| 04/12 | 23,182.31 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


Bank anytime, anywhere with the TD Bank app

GET

**TD Bank**

America's Most Convenient Bank®

Accounts

© 2023 TD Bank, N.A. All Rights Reserved

Front of check

1033

BIG BOYS CORP
DBA KELLOGGS DINER

DATE 03-14-23

PAY TO THE ORDER OF Cozzini Bros. $ 40.83

Forty 83/100 DOLLARS

TD Bank
America's Most Convenient Bank®

FOR Chapter 7, case no. 21-42207

⑈001033⑈ ⑆026013673⑆

Back of check

FOR DEPOSIT ONLY
COZZINI BROS, INC.
[illegible]



Bank anytime, anywhere with the TD Bank app

GET

TD Bank
America's Most Convenient Bank®

Accounts

© 2023 TD Bank, N.A. All Rights Reserved

Front of check

BID BOYS CORP
DBA KELLOGGS DINER

1058

DATE 3-22-23

PAY TO THE ORDER OF SYSCO $ 4,662.73

Four Thousand Six hundred and Sixty Two Dollars and 73 cents DOLLARS

TD Bank

FOR Ch. 7, Case no. 01-42007

⑈001058⑈ ⑆026013673⑆

Back of check

021266

[illegible]

x PAY TO THE ORDER OF ZIONS
FIRST NATIONAL BANK UT
124000054 FOR DEPOSIT ONLY
9806 SYSCO LONG ISLAND
☐ [illegible] DEPOSIT

 Bank anytime, anywhere with the TD Bank app

GET

**TD Bank**

America's Most Convenient Bank®

Accounts

© 2023 TD Bank, N.A. All Rights Reserved

Front of check

SID BOYS CORP
DBA KELLOGGS DINER

1068

DATE 3-24-23

PAY TO THE ORDER OF Oven Express $ 1784.91

One thousand seven hundred eighty-nine 91/100 DOLLARS

TD Bank

FOR Ch 7, Case no. 21-42207

⑈001068⑈ ⑆0260135 73⑆

Back of check



Bank anytime, anywhere with the TD Bank app

GET

**TD Bank**

America's Most Convenient Bank®

Accounts

© 2023 TD Bank, N.A. All Rights Reserved

**Front of check**

SID BOYS CORP
DBA KELLOGGS DINER

1089

DATE 3-28-23

PAY TO THE ORDER OF ZEZE Food CORP $ 3,489.74

Three Thousand four hundred and eighty nine Dollars 74/100

TD Bank

FOR Ch 7. case 21-42207

⑈001089⑈ ⑆026013673⑆

**Back of check**

For Deposit Only
Electronically Processed
ZEZE FOOD CORP
2023-04-03



Bank anytime, anywhere with the TD Bank app

GET

TD Bank
America's Most Convenient Bank®

Accounts

© 2023 TD Bank, N.A. All Rights Reserved

**Front of check**

SID BOYS CORP
DBA KELLOGGS DINER

1070

DATE 3-28-23

PAY TO THE ORDER OF SYSCO $ 5212.99

Five Thousand two hundred and Twelve Dollars and [illegible] cents DOLLARS

TD Bank

FOR Ch. 7 case no. 01-42207

⑆0010702⑆ ⑆0260135731

**Back of check**

[illegible]

PAY TO THE ORDER OF ZIONS
FIRST NATIONAL BANK UT
124000054 FOR DEPOSIT ONLY
9506 SYSCO LONG ISLAND





T STATEMENT OF ACCOUNT

SID BOYS CORP
KELLOGGS DINER
PAYROLL
518 METROPOLITAN AVE
BROOKLYN NY 11211

Page: 1 of 4
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

SID BOYS CORP
KELLOGGS DINER
PAYROLL

Account # 65

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 30,800.93 | Average Collected Balance | 8,133.31 |
| Electronic Deposits | 113,700.00 | Interest Earned This Period | 0.00 |
| Other Credits | 7,400.70 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 74,893.23 | Days in Period | 30 |
| Electronic Payments | 77,008.40 | | |
| Service Charges | 3.00 | | |
| Ending Balance | -3.00 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | eTransfer Credit, Online Xfer Transfer from CK 145 | 5,500.00 |
| 04/06 | eTransfer Credit, Online Xfer Transfer from CK 345 | 55,000.00 |
| 04/11 | eTransfer Credit, Online Xfer Transfer from CK 145 | 45,200.00 |
| 04/12 | eTransfer Credit, Online Xfer Transfer from CI | 8,000.00 |
| | Subtotal: | 113,700.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/12 | RETURNED ITEM | 7,400.70 |
| | Subtotal: | 7,400.70 |

**Checks Paid** No. Checks: 87 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/10 | 295 | 623.42 | 04/03 | 50245* | 553.15 |
| 04/03 | 50176* | 1,039.66 | 04/11 | 50245* | 7,400.70 |
| 04/11 | 50216* | 586.09 | 04/03 | 50246 | 1,119.64 |
| 04/05 | 50217 | 408.28 | 04/04 | 50247 | 673.35 |
| 04/03 | 50223* | 1,120.36 | 04/03 | 50248 | 488.79 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | -3.00 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SID BOYS CORP
KELLOGGS DINER
PAYROLL

Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: 44
Primary Account #: 05

DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)**

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/03 | 50249 | 1,310.30 | 04/05 | 50289 | 442.64 |
| 04/04 | 50250 | 707.99 | 04/07 | 50290 | 144.40 |
| 04/04 | 50251 | 631.71 | 04/10 | 50291 | 579.67 |
| 04/04 | 50252 | 210.00 | 04/10 | 50292 | 420.00 |
| 04/03 | 50253 | 1,031.33 | 04/10 | 50293 | 564.43 |
| 04/04 | 50254 | 536.22 | 04/10 | 50294 | 1,409.46 |
| 04/06 | 50255 | 506.57 | 04/10 | 50296* | 508.56 |
| 04/03 | 50256 | 646.91 | 04/07 | 50297 | 1,213.51 |
| 04/05 | 50257 | 1,001.62 | 04/10 | 50298 | 799.67 |
| 04/03 | 50258 | 1,025.28 | 04/11 | 50299 | 630.00 |
| 04/03 | 50259 | 516.44 | 04/11 | 50300 | 1,022.30 |
| 04/03 | 50260 | 630.00 | 04/10 | 50301 | 544.11 |
| 04/03 | 50261 | 1,341.45 | 04/10 | 50303* | 687.76 |
| 04/03 | 50262 | 568.64 | 04/07 | 50304 | 1,032.88 |
| 04/11 | 50265* | 632.18 | 04/07 | 50305 | 1,049.89 |
| 04/05 | 50266 | 546.57 | 04/11 | 50306 | 524.35 |
| 04/03 | 50267 | 1,197.51 | 04/10 | 50307 | 210.00 |
| 04/03 | 50268 | 558.59 | 04/11 | 50308 | 1,174.09 |
| 04/03 | 50269 | 932.91 | 04/10 | 50309 | 548.87 |
| 04/03 | 50271* | 975.33 | 04/07 | 50310 | 794.86 |
| 04/03 | 50271* | 500.00 | 04/07 | 50311 | 716.56 |
| 04/03 | 50273* | 1,034.44 | 04/11 | 50312 | 567.65 |
| 04/03 | 50274 | 1,000.00 | 04/11 | 50314* | 709.77 |
| 04/04 | 50275 | 771.60 | 04/10 | 50315 | 1,096.09 |
| 04/03 | 50276 | 898.35 | 04/11 | 50316 | 418.88 |
| 04/04 | 50277 | 1,304.94 | 04/10 | 50317 | 700.57 |
| 04/03 | 50278 | 609.34 | 04/10 | 50318 | 928.41 |
| 04/03 | 50279 | 1,500.00 | 04/07 | 50319 | 682.39 |
| 04/03 | 50280 | 583.02 | 04/11 | 50321* | 1,000.00 |
| 04/03 | 50282* | 483.62 | 04/11 | 50322 | 999.57 |
| 04/04 | 50283 | 1,272.15 | 04/10 | 50323 | 867.26 |
| 04/03 | 50284 | 516.44 | 04/10 | 50324 | 1,227.16 |
| 04/04 | 50287* | 635.00 | 04/10 | 50325 | 1,103.02 |
| 04/03 | 50288 | 571.78 | 04/11 | 50326 | 1,500.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SID BOYS CORP
KELLOGGS DINER
PAYROLL

Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #:
Primary Account #:

DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)**

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/10 | 50327 | 809.95 | 04/07 | 50332 | 803.02 |
| 04/07 | 50328 | 574.01 | 04/07 | 50333 | 1,260.00 |
| 04/11 | 50329 | 497.58 | 04/11 | 50334 | 640.25 |
| 04/11 | 50330 | 1,265.98 | 04/10 | 50335 | 489.73 |
| 04/11 | 50331 | 532.26 | | | |
| | | | | Subtotal: | 74,893.23 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/06 | CCD DEBIT, NATPAY-10600818 IMPOUNDTAX 8 | 18,575.14 |
| 04/06 | CCD DEBIT, NATPAY-10600818 DIR DEF | 5,499.29 |
| 04/06 | CCD DEBIT, NATPAY-10600818 INVOICE | 218.69 |
| 04/12 | PHONE TRANSFER, To CHECKIN( 25 | 52,715.28 |
| | Subtotal: | 77,008.40 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | PAPER STATEMENT FEE | 3.00 |
| | Subtotal: | 3.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 30,800.93 | 04/07 | 26,334.37 |
| 04/03 | 8,047.65 | 04/10 | 12,216.23 |
| 04/04 | 6,804.69 | 04/11 | 37,314.58 |
| 04/05 | 4,405.58 | 04/12 | 0.00 |
| 04/06 | 34,605.89 | 04/28 | -3.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 

T  STATEMENT OF ACCOUNT

SID BOYS CORP DBA
KELLOGGS DINER
PAYROLL
518 METROPOLITAN AVE
BROOKLYN NY 11211

Statement Period:
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

SID BOYS CORP DBA
KELLOGGS DINER
PAYROLL

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 39,025.91 |
| Deposits | 45,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 104,715.28 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 7,470.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 19 |
| Checks Paid | 42,018.86 | | |
| Electronic Payments | 50,211.21 | | |
| Other Withdrawals | 27,741.47 | | |
| Ending Balance | 37,213.74 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/26 | DEPOSIT | 45,000.00 |
| | Subtotal: | 45,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/12 | PHONE TRANSFER, From CHECKING | 52,715.28 |
| 04/20 | eTransfer Credit, Online Xfer<br>Transfer from CK 45 | 46,000.00 |
| 04/24 | eTransfer Credit, Online Xfer<br>Transfer from CK 45 | 6,000.00 |
| | Subtotal: | 104,715.28 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/26 | CREDIT, 0<br>reimb 2 | 7,470.00 |
| | Subtotal: | 7,470.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ | Ending Balance | 37,213.74 |
| ❷ | Total Deposits | + |
| ❸ | Sub Total | |
| ❹ | Total Withdrawals | - |
| ❺ | Adjusted Balance | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

SID BOYS CORP DBA
KELLOGGS DINER
PAYROLL

Page: 3 of 5
Statement Period: Apr 12 2023-Apr 30 2023
Cust Ref #: -###
Primary Account #: .5

## DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 61 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/24 | 10001 | 492.73 | 04/24 | 10037 | 632.88 |
| 04/24 | 10002 | 525.00 | 04/24 | 10038 | 840.78 |
| 04/25 | 10003 | 210.00 | 04/24 | 10039 | 883.44 |
| 04/21 | 10004 | 714.71 | 04/25 | 10040 | 693.00 |
| 04/24 | 10005 | 900.59 | 04/24 | 10041 | 1,500.00 |
| 04/21 | 10006 | 580.55 | 04/24 | 10042 | 655.97 |
| 04/21 | 10007 | 635.00 | 04/21 | 10043 | 574.01 |
| 04/21 | 10008 | 977.72 | 04/24 | 10044 | 612.45 |
| 04/24 | 10009 | 567.14 | 04/25 | 10045 | 1,324.37 |
| 04/24 | 10012* | 1,098.54 | 04/25 | 10046 | 1,371.77 |
| 04/25 | 10013 | 274.62 | 04/21 | 10047 | 750.33 |
| 04/27 | 10014 | 514.94 | 04/25 | 10048 | 210.00 |
| 04/25 | 10015 | 610.99 | 04/21 | 10049 | 840.00 |
| 04/26 | 10016 | 786.53 | 04/25 | 10050 | 512.51 |
| 04/24 | 10017 | 815.16 | 04/28 | 10051 | 711.87 |
| 04/25 | 10018 | 516.44 | 04/25 | 10052 | 1,400.00 |
| 04/24 | 10019 | 630.00 | 04/26 | 10053 | 392.45 |
| 04/24 | 10021* | 505.33 | 04/28 | 10057* | 522.73 |
| 04/21 | 10022 | 278.57 | 04/28 | 10059* | 566.40 |
| 04/21 | 10023 | 613.25 | 04/28 | 10060 | 540.16 |
| 04/25 | 10025* | 551.05 | 04/28 | 10068* | 835.93 |
| 04/25 | 10026 | 507.79 | 04/28 | 10070* | 630.00 |
| 04/24 | 10027 | 1,067.38 | 04/28 | 10073* | 345.27 |
| 04/24 | 10028 | 500.64 | 04/28 | 10074 | 732.30 |
| 04/24 | 10029 | 881.98 | 04/28 | 10082* | 715.89 |
| 04/24 | 10030 | 666.75 | 04/28 | 10087* | 674.06 |
| 04/21 | 10031 | 716.10 | 04/28 | 10092* | 587.04 |
| 04/24 | 10033* | 800.10 | 04/28 | 10093 | 625.40 |
| 04/24 | 10034 | 1,014.06 | 04/28 | 10095* | 730.62 |
| 04/25 | 10035 | 865.48 | 04/28 | 10097* | 272.31 |
| 04/24 | 10036 | 515.78 | | | |
| | | | | Subtotal: | 42,018.86 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

SID BOYS CORP DBA
KELLOGGS DINER
PAYROLL

Statement Period: Apr 12 2023-Apr 30 2023
Cust Ref #: T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19 | CCD DEBIT, IRS USATAXPYMT 2 :768 | 9,500.33 |
| 04/19 | CCD DEBIT, NYS DTF PROMP WT TAX PAYMNT 976292 | 2,944.25 |
| 04/21 | CCD DEBIT, NATPAY-10600818 IMPOUNDTAX 10 | 16,358.23 |
| 04/21 | CCD DEBIT, NATPAY-10600818 INVOICE | 373.68 |
| 04/26 | CCD DEBIT, NATPAY-10600818 DIR DEP 1 | 6,151.66 |
| 04/26 | CCD DEBIT, NATPAY-10600818 INVOICE 1 8 | 211.83 |
| 04/27 | CCD DEBIT, NATPAY-10600818 IMPOUNDTAX 1 8 | 14,671.23 |
| | Subtotal: | 50,211.21 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/13 | DEBIT | 426.79 |
| 04/17 | DEBIT | 1,140.00 |
| 04/17 | DEBIT | 1,054.91 |
| 04/17 | DEBIT | 876.15 |
| 04/17 | DEBIT | 862.33 |
| 04/17 | DEBIT | 652.76 |
| 04/17 | DEBIT | 595.86 |
| 04/17 | DEBIT | 578.36 |
| 04/17 | DEBIT | 563.91 |
| 04/17 | DEBIT | 463.76 |
| 04/18 | DEBIT | 1,500.00 |
| 04/18 | DEBIT | 1,096.22 |
| 04/18 | DEBIT | 983.05 |
| 04/18 | DEBIT | 956.46 |
| 04/18 | DEBIT | 838.88 |
| 04/18 | DEBIT | 801.68 |
| 04/18 | DEBIT | 735.74 |
| 04/18 | DEBIT | 727.88 |
| 04/18 | DEBIT | 664.60 |
| 04/18 | DEBIT | 630.00 |
| 04/18 | DEBIT | 624.28 |
| 04/18 | DEBIT | 612.42 |
| 04/18 | DEBIT | 540.96 |
| 04/18 | DEBIT | 530.98 |
| 04/18 | DEBIT | 510.74 |
| 04/18 | DEBIT | 494.24 |
| 04/18 | DEBIT | 482.85 |
| 04/18 | DEBIT | 418.88 |
| 04/18 | DEBIT | 316.26 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

SID BOYS CORP DBA
KELLOGGS DINER
PAYROLL

Statement Period: Apr 12 2023-Apr 30 2023
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | DEBIT | 293.10 |
| 04/18 | DEBIT | 112.56 |
| 04/19 | DEBIT | 844.83 |
| 04/19 | DEBIT | 729.03 |
| 04/19 | DEBIT | 719.08 |
| 04/19 | DEBIT | 600.00 |
| 04/19 | DEBIT | 551.05 |
| 04/19 | DEBIT | 405.66 |
| 04/19 | DEBIT | 404.57 |
| 04/19 | DEBIT | 225.93 |
| 04/20 | DEBIT | 437.36 |
| 04/24 | DEBIT | 577.82 |
| 04/26 | DEBIT | 825.93 |
| 04/27 | DEBIT | 333.60 |
| | Subtotal: | 27,741.47 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/12 | 0.00 | 04/21 | 36,854.43 |
| 04/12 | 52,715.28 | 04/24 | 26,169.91 |
| 04/13 | 52,288.49 | 04/25 | 17,121.89 |
| 04/17 | 45,500.45 | 04/26 | 61,223.49 |
| 04/18 | 31,628.67 | 04/27 | 45,703.72 |
| 04/19 | 14,703.94 | 04/28 | 37,213.74 |
| 04/20 | 60,266.58 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender