**TRI STATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219


| Date | Description | Additions |
|------|-------------|-----------|
| 05-25 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $4,274.86 |
| 05-26 | DoorDash, Inc. DoorDash - SID BOYS CORP | $123.30 |
| 05-26 | VIRTURAL PROFIT ACH Pmt Kellogg's Diner | $1,410.65 |
| 05-26 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $4,367.10 |
| 05-30 | DoorDash, Inc. DoorDash - SID BOYS CORP | $87.23 |
| 05-30 | DELIVERY.COM EDI MISC Sid Boys Corp | $142.69 |
| 05-30 | DoorDash, Inc. DoorDash - SID BOYS CORP | $232.78 |
| 05-30 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $5,753.84 |
| 05-30 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $8,028.15 |
| 05-30 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $8,962.12 |
| 05-30 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $12,286.45 |
| 05-31 | DoorDash, Inc. DoorDash - SID BOYS CORP | $127.62 |
| 05-31 | MERCH BNKCD SD DEPOSIT KELLOGG'S DINER | $3,745.90 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | $706,797.13 | 05-01 | $738,462.20 | 05-02 | $734,507.75 |
| 05-03 | $739,015.09 | 05-04 | $709,098.68 | 05-05 | $636,434.37 |
| 05-08 | $665,301.42 | 05-09 | $666,931.38 | 05-10 | $668,816.03 |
| 05-11 | $635,931.63 | 05-12 | $642,110.89 | 05-15 | $649,217.34 |
| 05-16 | $630,614.29 | 05-17 | $632,417.34 | 05-18 | $596,193.64 |
| 05-19 | $591,997.16 | 05-22 | $614,538.45 | 05-23 | $619,526.03 |
| 05-24 | $621,996.77 | 05-25 | $580,947.32 | 05-26 | $586,473.07 |
| 05-30 | $607,967.62 | 05-31 | $607,175.23 | | |



301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
FDIC

Period Covered:
May 01, 2023 - May 31, 2023
Page 5 of 24

| 05/02/2023 | 158 | $552.00 | | 05/02/2023 | 158 | $552.00 |
| 05/01/2023 | 159 | $435.00 | | 05/01/2023 | 159 | $435.00 |
| 05/01/2023 | 160 | $578.50 | | 05/01/2023 | 160 | $578.50 |
| 05/05/2023 | 164 | $977.48 | | 05/05/2023 | 164 | $977.48 |



301 Grant Street, STE 2700
Pittsburgh PA 15219


Member FDIC

Period Covered:
May 01, 2023 - May 31, 2023
Page 6 of 24

| | | |
|---|---|---|
| 05/02/2023 | 170 | $8,820.55 |
| 05/02/2023 | 170 | $8,820.55 |
| 05/05/2023 | 173 | $161.00 |
| 05/05/2023 | 173 | $161.00 |
| 05/02/2023 | 174 | $410.95 |
| 05/02/2023 | 174 | $410.95 |
| 05/17/2023 | 175 | $697.00 |
| 05/17/2023 | 175 | $697.00 |

 TriState Capital Bank
VOID AFTER 90 DAYS
176
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 04/21/2023
$ ******709.07
Seven Hundred Nine Dollars and 07/100
Rockland Bakery Inc.
94 Demarest Mill Road
Nanuet NY 10954

| | | | | | |
|---|---|---|---|---|---|
| 05/08/2023 | 176 | $709.07 | 05/08/2023 | 176 | $709.07 |

TriState Capital Bank
VOID AFTER 90 DAYS
177
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 04/21/2023
$ ******1,914.55
One Thousand Nine Hundred Fourteen Dollars and 55/100
Agoori Foods
247 NY-109
West Babylon NY 11704
RICHARD J. McCORD, Trustee

| | | | | | |
|---|---|---|---|---|---|
| 05/01/2023 | 177 | $1,914.55 | 05/01/2023 | 177 | $1,914.55 |

TriState Capital Bank
VOID AFTER 90 DAYS
178
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 04/21/2023
Seven Hundred Ninety-Five Dollars and 00/100
Marthas Country Bakery
263 Bedford Ave
Brooklyn NY 11211
RICHARD J. McCORD, Trustee

| | | | | | |
|---|---|---|---|---|---|
| 05/08/2023 | 178 | $795.00 | 05/08/2023 | 178 | $795.00 |

TriState Capital Bank
VOID AFTER 90 DAYS
179
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 04/21/2023
$ ******1,295.16
One Thousand Two Hundred Ninety-Five Dollars and 16/100
Weinstein Bag & Paper Supplies
6 Rewe Street
Brooklyn NY 11211
[redacted] J. McCORD, Trustee

| | | | | | |
|---|---|---|---|---|---|
| 05/05/2023 | 179 | $1,295.16 | 05/05/2023 | 179 | $1,295.16 |





TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

05/05/2023 180 $2,582.08

05/05/2023 180 $2,582.08

05/03/2023 181 $621.85

05/03/2023 181 $621.85

05/02/2023 182 $722.25

05/02/2023 182 $722.25

05/16/2023 183 $3,096.00

05/16/2023 183 $3,096.00


TriState Capital Bank
VOID AFTER 90 DAYS 184
RICHARD J. McCORD
Date 04/27/2023 $ *********970.61
Nine Hundred Seventy Dollars and 61/100
Pay to the Order of: Spectrum, Charter Communications, P.O. Box 7186, Pasadena CA 91109-7186
⑈000000184⑈

05/04/2023 184 $970.61

007042 001 050323 1318 BNYMELLON
CRED TO PAYEE
ABS END GUAR
050323 597444 001 001 Dyn 000

05/04/2023 184 $970.61

TriState Capital Bank
VOID AFTER 90 DAYS 186
RICHARD J. McCORD
$ ******4,601.00
Four Thousand Six Hundred One Dollars and 00/100
Pay to the Order of: National Grid, P.O. Box 11410
RICHARD J. McCORD, Trustee
⑈000000186⑈

05/09/2023 186 $4,601.00

004030 021 050823 1351
PIT
957177584/373416
050823 500620 021 072 Dyn 0

05/09/2023 186 $4,601.00

TriState Capital Bank
VOID AFTER 90 DAYS 187
RICHARD J. McCORD
Date 05/02/2023 $ *****11,975.00
Eleven Thousand Nine Hundred Seventy-Five Dollars and 00/100
Pay to the Order of: NYIO, Inc., 247 Main Street, Staten Island NY 10307
⑈000000

05/05/2023 187 $11,975.00

534810099507 102120 20230504 0000000081000084083
TRN DEBIT ACANNAV 11975.00
Staten Island-Tottenville 0545 94004 5348 0002 0053

05/05/2023 187 $11,975.00

TriState Capital Bank
VOID AFTER 90 DAYS 188
RICHARD L McCORD
Date 05/02/2023 $ *****32,361.58
Thirty-Two Thousand Three Hundred Sixty-One Dollars and 58/100
Pay to the Order of: NYIO, Inc., 247 Main Street, Staten Island NY 10307
RICHARD J. McCORD, Trustee
⑈000000188⑈

05/05/2023 188 $32,361.58

534810099505 102112 20230504 0000000081000084083
TRN DEBIT ACANNAV 32361.58
Staten Island-Tottenville 0545 94004 5348 0002 0053

05/05/2023 188 $32,361.58

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
May 01, 2023 - May 31, 2023
Page 10 of 24





| | | |
|---|---|---|
| 05/05/2023 | 189 | $8,934.57 |
| 05/04/2023 | 190 | $35,000.00 |
| 05/09/2023 | 192 | $1,780.11 |
| 05/16/2023 | 193 | $6,675.00 |

 TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

 Member FDIC

Period Covered:
May 01, 2023 - May 31, 2023
Page 11 of 24



| 05/11/2023 | 194 | $801.82 |
| 05/11/2023 | 194 | $801.82 |
| 05/15/2023 | 195 | $16,225.43 |
| 05/15/2023 | 195 | $16,225.43 |
| 05/09/2023 | 196 | $135.00 |
| 05/09/2023 | 196 | $135.00 |
| 05/12/2023 | 197 | $69.00 |
| 05/12/2023 | 197 | $69.00 |



TriState Capital Bank
VOID AFTER 90 DAYS
198
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
SID BOYS CORP.
Date 05/04/2023
$ **********587.21
***Five Hundred Eighty-Seven Dollars And 21/100
East Coast Sales
300 Michael Drive
Syosset NY 11791
RICHARD J. McCORD, Trustee

FOR DEPOSIT ONLY
KRYSTAL FRUITS AND VEGETABLES INC
20230509900151090000200022

05/10/2023 198 $587.21

TriState Capital Bank
VOID AFTER 90 DAYS
199
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
SID BOYS CORP.
$ **********462.71
***Four Hundred Sixty-Two Dollars and 71/100
RICHARD J. McCORD, Trustee

JPMorganChaseBank 051603 003881 932040043855

05/19/2023 199 $462.71

TriState Capital Bank
VOID AFTER 90 DAYS
200
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
SID BOYS CORP.
$ **********355.50
***Three Hundred Fifty-Five Dollars and 50/100
Martha's Country Bakery
Brooklyn NY 11211
RICHARD J. McCORD, Trustee

JPMorganChaseBank

05/15/2023 200 $355.50

TriState Capital Bank
VOID AFTER 90 DAYS
201
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
SID BOYS CORP.
***One Thousand Two Hundred Six Dollars and 64/100
West Babylon NY 11704
RICHARD J. McCORD, Trustee

For Deposit Only - PNC

05/10/2023 201 $1,206.64

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
FDIC

Period Covered:
May 01, 2023 - May 31, 2023
Page 13 of 24





| | | |
|---|---|---|
| 05/08/2023 | 203 | $281.78 |
| 05/08/2023 | 203 | $281.78 |
| 05/15/2023 | 204 | $2,981.34 |
| 05/15/2023 | 204 | $2,981.34 |
| 05/15/2023 | 205 | $230.00 |
| 05/15/2023 | 205 | $230.00 |
| 05/09/2023 | 206 | $417.84 |
| 05/09/2023 | 206 | $417.84 |



301 Grant Street, STE 2700
Pittsburgh PA 15219





| | | |
|---|---|---|
| 05/11/2023 | 207 | $1,326.39 |
| 05/11/2023 | 207 | $1,326.39 |
| 05/11/2023 | 208 | $35,000.00 |
| 05/11/2023 | 208 | $35,000.00 |
| 05/16/2023 | 209 | $3,945.27 |
| 05/16/2023 | 209 | $3,945.27 |
| 05/19/2023 | 210 | $132.67 |
| 05/19/2023 | 210 | $132.67 |



301 Grant Street, STE 2700
Pittsburgh PA 15219


Member FDIC

Period Covered:
May 01, 2023 - May 31, 2023
Page 15 of 24



| | | |
|---|---|---|
| 05/30/2023 | 211 | $621.40 |
| 05/30/2023 | 211 | $621.40 |
| 05/22/2023 | 212 | $3,405.13 |
| 05/22/2023 | 212 | $3,405.13 |
| 05/19/2023 | 213 | $230.00 |
| 05/19/2023 | 213 | $230.00 |
| 05/19/2023 | 214 | $249.00 |
| 05/19/2023 | 214 | $249.00 |

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
FDIC

Period Covered:
May 01, 2023 - May 31, 2023
Page 16 of 24





| 05/22/2023 | 215 | $316.00 | | 05/22/2023 | 215 | $316.00 |

| 05/16/2023 | 216 | $104.00 | | 05/16/2023 | 216 | $104.00 |

| 05/15/2023 | 218 | $1,225.70 | | 05/15/2023 | 218 | $1,225.70 |

| 05/16/2023 | 219 | $2,422.96 | | 05/16/2023 | 219 | $2,422.96 |

TriState Capital Bank
VOID AFTER 90 DAYS
221
SID BOYS CORP.
Date 05/11/2023
$ ********726.11
---Seven Hundred Twenty-Six Dollars and 11/100

For Deposit Only - JPMC

05/16/2023 221 $726.11

05/16/2023 221 $726.11

TriState Capital Bank
VOID AFTER 90 DAYS
223
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 05/11/2023
$ *******1,232.05
---One Thousand Two Hundred Thirty-Two Dollars and 05/100
Agnoni Foods
267 NY-109
West Babylon NY 11704
RICHARD J. McCORD, Trustee
⑈00000223⑈

For Deposit Only - JPMC

05/17/2023 223 $1,232.05

05/17/2023 223 $1,232.05

TriState Capital Bank
VOID AFTER 90 DAYS
224
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
121-12207 663
SID BOYS CORP.
Date 05/11/2023
$ *******2,929.53
---Two Thousand Nine Hundred Twenty-Nine Dollars and 53/100
Syosset Long Island, LLC
Central Islip NY 11722
RICHARD J. McCORD, Trustee
⑈00000224⑈

PAY TO THE ORDER OF ZIONS
FIRST NATIONAL BANK UT
FOR DEPOSIT ONLY

05/30/2023 224 $2,929.53

05/30/2023 224 $2,929.53

#8003
TriState Capital Bank
VOID AFTER 90 DAYS
225
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
EAST MEADOW NY 11554
121-12207 663
SID BOYS CORP.
Date 05/11/2023
$ *********848.71
---Eight Hundred Forty-Eight Dollars and 71/100
Rockland Bakery Inc.
94 Demarest Mill Road
Nanuet NY 10954
⑈00000225⑈

209 5/16/2023 9:24:29 AM

05/17/2023 225 $848.71

05/17/2023 225 $848.71

# TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

**Member FDIC** 

Period Covered:
May 01, 2023 - May 31, 2023
Page 18 of 24



| 05/19/2023 | 226 | $10,161.53 | | 05/19/2023 | 226 | $10,161.53 |
|---|---|---|---|---|---|---|
| 05/16/2023 | 227 | $8,295.78 | | 05/16/2023 | 227 | $8,295.78 |
| 05/18/2023 | 228 | $40,000.00 | | 05/18/2023 | 228 | $40,000.00 |
| 05/30/2023 | 229 | $8,897.18 | | 05/30/2023 | 229 | $8,897.18 |



301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
**FDIC**

Period Covered:
May 01, 2023 - May 31, 2023
Page 19 of 24



| | | |
|---|---|---|
| 05/23/2023 | 230 | $648.04 |
| 05/24/2023 | 232 | $248.00 |
| 05/26/2023 | 233 | $92.00 |
| 05/30/2023 | 234 | $93.75 |



TriState Capital Bank
VOID AFTER 90 DAYS
235
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 05/17/2023
$ *********473.00
***Four Hundred Seventy-Three Dollars and 00/100
Pay to the Order of: For Five Coffee Roasters, 59-01 55th Street, Maspeth NY 11378
RICHARD J. McCORD, Trustee

JPMorganChaseBank 052410 000386 9250000356812

| Date | Check | Amount |
|---|---|---|
| 05/24/2023 | 235 | $473.00 |
| 05/24/2023 | 235 | $473.00 |

TriState Capital Bank
VOID AFTER 90 DAYS
236
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 05/17/2023
$ **********255.85
***Two Hundred Fifty-Five Dollars and 85/100
Pay to the Order of: Dishwashing NY, 8130 135th Street, Apt. 619, Jamaica NY 11435
RICHARD J. McCORD, Trustee

JPMorganChaseBank 052602 138480 8675500115730

[redacted]

| Date | Check | Amount |
|---|---|---|
| 05/30/2023 | 236 | $255.85 |
| 05/30/2023 | 236 | $255.85 |

TriState Capital Bank
VOID AFTER 90 DAYS
237
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 05/17/2023
$ ********1,308.68
***One Thousand Three Hundred Eight Dollars and 68/100
Pay to the Order of: Western Bag & Paper Supplies, 8 Rewe Street, Brooklyn NY 11211
RICHARD J. McCORD, Trustee

For Deposit Only - JPMC

| Date | Check | Amount |
|---|---|---|
| 05/31/2023 | 237 | $1,308.68 |
| 05/31/2023 | 237 | $1,308.68 |

TriState Capital Bank
VOID AFTER 90 DAYS
238
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554
SID BOYS CORP.
Date 05/17/2023
$ *********222.00
***Two Hundred Twenty-Two Dollars and 00/100
Pay to the Order of: Katerina's Tamale, 825 Sayville Path, Port Jefferson NY 11776
[redacted] [redacted] J. McCORD, Trustee

| Date | Check | Amount |
|---|---|---|
| 05/30/2023 | 238 | $222.00 |
| 05/30/2023 | 238 | $222.00 |





| | | |
|---|---|---|
| 05/23/2023 | 240 | $2,631.79 |
| 05/30/2023 | 241 | $672.00 |
| 05/25/2023 | 242 | $500.83 |
| 05/25/2023 | 243 | $45,000.00 |



301 Grant Street, STE 2700
Pittsburgh PA 15219


Member

Period Covered:
May 01, 2023 - May 31, 2023
Page 22 of 24

| 05/31/2023 | 244 | $970.61 | | 05/31/2023 | 244 | $970.61 |
| 05/30/2023 | 246 | $307.00 | | 05/30/2023 | 246 | $307.00 |
| 05/31/2023 | 247 | $627.83 | | 05/31/2023 | 247 | $627.83 |
| 05/31/2023 | 254 | $626.77 | | 05/31/2023 | 254 | $626.77 |

# TRISTATE
## CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Period Covered:
May 01, 2023 - May 31, 2023
Page 23 of 24



| 05/09/2023 | 8100084063 | $215.50 |
| 05/09/2023 | 8100084063 | $215.50 |
| 05/25/2023 | 8100084063 | $283.50 |
| 05/25/2023 | 8100084063 | $283.50 |
| 05/05/20__ | ____ | $22,616.73 |
| 05/05/2023 | 8406 | $22,616.73 |

 

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
**FDIC**

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

**201**
08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #8670, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/04/2023

$ *******1,206.64

~~~One Thousand Two Hundred Six Dollars and 64/100

Pay to the Order of
Agouri Foods
247 NY-109
West Babylon NY 11704

RICHARD J. McCORD, Trustee

⑈00000 20 ⑈ ⑈⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK –HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

**202**
08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #C13128323, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/04/2023

$ **********40.83

~~~Forty Dollars and 83/100

Pay to the Order of
Cozzini Bros, Inc.
350 Howard Avenue
Des Plaines IL 60018

RICHARD J. McCORD, Trustee

⑈00000 20 20⑈ ⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK –HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

**203**
08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #590741A, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/04/2023

$ *********281.78

~~~Two Hundred Eighty-One Dollars and 78/100

Pay to the Order of
Optima Foods
15 W. Jefryn Blvd
Deer Park NY 11729

RICHARD J. McCORD, Trustee

⑈00000 20 3⑈

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**218**

08-1900 / 430
11
6534

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
| --- | --- |
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #'s 166590 and 165650, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/11/2023          $ *******1,225.70

~~~One Thousand Two Hundred Twenty-Five Dollars and 70/100

Pay to the
Order of    East Coast Juice
300 Michael Drive
Syosset NY 11791

RICHARD J. McCORD, Trustee

⑈00000218⑈ ⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**219**

08-1900 / 430
77
9505

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
| --- | --- |
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #'s 346529, 346607, 346662, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/11/2023          $ *******2,422.96

~~~Two Thousand Four Hundred Twenty-Two Dollars and 96/100

Pay to the
Order of    Western Bag & Paper Supplies
6 Rewe Street
Brooklyn NY 11211

RICHARD J. McCORD, Trustee

⑈00000219⑈ ⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**220**

08-1900 / 430
15
8526

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
| --- | --- |
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #'s 389123, 389012, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/11/2023          $ *******2,055.29

~~~Two Thousand Fifty-Five Dollars and 29/100

Pay to the
Order of    ZeZe Food Corp
57-58 59th Street
Maspeth NY 11378

RICHARD J. McCORD, Trustee

⑈00000220⑈ ⑆

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**229**
08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice Nos. 2060581,2062264, Acct No. CYP733B, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/17/2023     $ ********8,897.18

~~~Eight Thousand Eight Hundred Ninety-Seven Dollars and 18/100

Pay to the
Order of

Cyprus Gardens Food/Paper
3351 Tremley Point Road
Suite #2
Linden NJ 07036

RICHARD J. McCORD, Trustee

⑈00000229⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**230**
08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of invoices dated: May 11, May 12, May 13, May 16; Kellogg's Diner, 518 Metropolitan Avenue

Date 05/17/2023     $ **********648.04

~~~Six Hundred Forty-Eight Dollars and 04/100

Pay to the
Order of

Rockland Bakery Inc
94 Demarest Mill Road
Nanuet NY 10954

RICHARD J. McCORD, Trustee

⑈00000230⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

**231**
08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #C13171967, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/17/2023     $ ***********40.83

~~~Forty Dollars and 83/100

Pay to the
Order of

Cozzini Bros, Inc.
350 Howard Avenue
Des Plaines IL 60018.

RICHARD J. McCORD, Trustee

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

238

08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #25754, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/17/2023          $ *********222.00

~~~Two Hundred Twenty-Two Dollars and 00/100

Pay to the
Order of
Katerina's Tartufo
585 Bicycle Path
Port Jef Station NY 11776

RICHARD J. McCORD, Trustee

⑈⑈00000 238⑈⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

239

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #389272, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/17/2023          $ ********1,563.87

~~~One Thousand Five Hundred Sixty-Three Dollars and 87/100

Pay to the
Order of
Zeze Food Corp
57-58 59th Street
Maspeth NY 11378

RICHARD J. McCORD, Trustee

⑈⑈00000 239⑈⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

240

08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #168393, 167422, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/17/2023          $ ********2,631.79

~~~Two Thousand Six Hundred Thirty-One Dollars and 79/100

Pay to the
Order of
East Coast Juice
300 Michael Drive
Syosset NY 11791

RICHARD J. McCORD, Trustee

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

245

TIR #521290

08-1900 / 430

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Inv #006340720X230504, Acct # 006340720, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/24/2023      $ ********177.38

~~~One Hundred Seventy~Seven Dollars and 38/100

Pay to the
Order of

DirectTV
P.O. Box 5006
Carol Stream IL 60197-5006

RICHARD J. McCORD, Trustee

⑈00000 245⑈ ⑆

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**  247

TID #521290
08-1800 / 430

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #8785, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/24/2023

$ *********627.83

~~~Six Hundred Twenty-Seven Dollars and 83/100

Pay to the Order of
Agouri Foods
247 NY-109
West Babylon NY 11704

RICHARD J. McCORD, Trustee

⑂00000 24 7⑂

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW.

---

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**  248

TID #521290
08-1800 / 430

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #s 23105, 23018, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/24/2023

$ *********438.00

~~~Four Hundred Thirty-Eight Dollars and 00/100

Pay to the Order of
Cake Masters Ltd
P.O. Box 533
Bronx NY 10456

RICHARD J. McCORD, Trustee

⑂00000 24 8⑂

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW.

---

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**  249

TID #521290
08-1900 / 430

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|---|---|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #2064666, Acct No. CYP733B, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/24/2023

$ *******7,828.88

~~~Seven Thousand Eight Hundred Twenty-Eight Dollars and 88/100

Pay to the Order of
Cyprus Gardens Food/Paper
3351 Tremley Point Road
Suite #2
Linden NJ 07036

RICHARD J. McCORD, Trustee

⑂00000 24 9⑂

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

250

08-1900/430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #297265, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/24/2023      $ *********752.00

~~~Seven Hundred Fifty-Two Dollars and 00/100

Pay to the
Order of      For Five Coffee Roasters
59-01 55th Street
Maspeth NY 11378

RICHARD J. McCORD, Trustee

⑆00000250⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

251

08-1900/430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #WW3AHW23448, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/24/2023      $ *********212.50

~~~Two Hundred Twelve Dollars and 50/100

Pay to the
Order of      Heartland Food Products, LLC
P.O. Box 1147
Concordville PA 19331

RICHARD J. McCORD, Trustee

⑆00000251⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

252

08-1900/430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #25804, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/24/2023      $ *********219.00

~~~Two Hundred Nineteen Dollars and 00/100

Pay to the
Order of      Katerina's Tartufo
585 Bicycle Path
Port Jef Station NY 11211

RICHARD J. McCORD, Trustee

⑆00000252⑈

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

253

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #1096877, Customer # 2956000, Kellogg's Diner, 518
Metropolitan Avenue

Date 05/24/2023    $ **********92.00

*~~Ninety-Two Dollars and 00/100*

Pay to the
Order of    Mr. Pickle, Inc.
44 Brooklyn Terminal Market
Brooklyn NY 11236

RICHARD J. McCORD, Trustee

⑈00000 2530⑈ ⑆⑇

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

254
08-1900 / 430

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoices dated May 17, 18, 19, 20 and 23; Kellogg's Diner, 518
Metropolitan Avenue

Date 05/24/2023    $ *********626.77

*~~Six Hundred Twenty-Six Dollars and 77/100*

Pay to the
Order of    Rockland Bakery Inc.
94 Demarest Mill Road
Nanuet NY 10954

RICHARD J. McCORD, Trustee

⑈00000 254⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

255

TID #521290

RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #241767174, Customer #073015, Kellogg's Diner, 518
Metropolitan Avenue

Date 05/24/2023    $ *******1,945.32

*~~One Thousand Nine Hundred Forty-Five Dollars and 32/100*

Pay to the
Order of    Sysco Long Island LLC
199 Lowell Ave
Central Islip NY 11722

RICHARD J. McCORD, Trustee

⑈00000 255⑈ ⑆⑇

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

257

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #844252, Acct #109727, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ *********577.80

~~~Five Hundred Seventy-Seven Dollars and 80/100

Pay to the Order of
Liberty Pest Control
8220 17th Avenue
Brooklyn NY 11214

RICHARD J. McCORD, Trustee

⑈000002571⑈ ⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

258

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #s 8860, 8824, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ *******2,314.56

~~~Two Thousand Three Hundred Fourteen Dollars and 56/100

Pay to the Order of
Agouri Foods
247 NY-109
West Babylon NY 11704

RICHARD J. McCORD, Trustee

⑈000002581⑈ ⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

259

08-1900 / 430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #23145, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ *********254.00

~~~Two Hundred Fifty-Four Dollars and 00/100

Pay to the Order of
Cake Masters Ltd
P.O. Box 533
Bronx NY 10456

RICHARD J. McCORD, Trustee

⑈000002591⑈

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

760
08-1900/430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #C13303314, Acct #827232, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ **********40.83

~~~Forty Dollars and 83/100

Pay to the Order of
Cozzini Bros, Inc.
350 Howard Avenue
Des Plaines IL 60018

RICHARD J. McCORD, Trustee

⑈00000260⑈ ⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

261
08-1900/430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #s 170989, 171679, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ *******1,236.06

~~~One Thousand Two Hundred Thirty-Six Dollars and 06/100

Pay to the Order of
East Coast Juice
300 Michael Drive
Syosset NY 11791

RICHARD J. McCORD, Trustee

⑈00000261⑈ ⑆

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

262
08-1900/430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #297571, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ *********246.00

~~~Two Hundred Forty-Six Dollars and 00/100

Pay to the Order of
For Five Coffee Roasters
59-01 55th Street
Maspeth NY 11378

RICHARD J. McCORD, Trustee

⑈00000262⑈ ⑆

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

263

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #25836, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023     *********135.00

~~~One Hundred Thirty-Five Dollars and 00/100

Pay to the
Order of
Katerina's Tartufo
585 Bicycle Path
Port Jeff Sta NY 11776

RICHARD J. McCORD, Trustee

⑈00000263⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

264

08-1900/430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #14034, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023     $ *********435.00

~~~Four Hundred Thirty-Five Dollars and 00/100

Pay to the
Order of
Martha's Country Bakery
263 Bedford Ave
Brooklyn NY 11211

RICHARD J. McCORD, Trustee

⑈00000264⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

VOID AFTER 90 DAYS

265

08-1900/430

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #1097371 Acct #2956000, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023     $ *********161.00

~~~One Hundred Sixty-One Dollars and 00/100

Pay to the
Order of
Mr. Pickle, Inc.
44 Brooklyn Terminal Market
Brooklyn NY 11236

RICHARD J. McCORD, Trustee

⑈00000265⑈

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

266

08-1900 / 430

11
8601

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #593686, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ *********281.78

~~~Two Hundred Eighty-One Dollars and 78/100

Pay to the
Order of
Optima Foods
15 W. Jefryn Blvd
Deer Park NY 11729

RICHARD J. McCORD, Trustee

�industrial00000 266⑈ ⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

267

08-1900 / 430

12
8602

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoices dated: 5/25, 5/26, 5/27, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ *********799.33

~~~Seven Hundred Ninety-Nine Dollars and 33/100

Pay to the
Order of
Rockland Bakery Inc
94 Demarest Mill Road
Nanuet NY 10954

RICHARD J. McCORD, Trustee

⑈00000 267⑈ ⑈

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

---

**TriState Capital Bank**
Pittsburgh, PA

**VOID AFTER 90 DAYS**

268

08-1900 / 430

13
8603

TID #521290
RICHARD J. McCORD
CHAPTER 7 TRUSTEE
90 MERRICK AVENUE
EAST MEADOW NY 11554

| Case | Debtor |
|------|--------|
| 121-42207 663 | SID BOYS CORP. |

Payment of Invoice #s4156570375, 4155875246, 4155158426, 4154472065, Acct #16957937, Kellogg's Diner, 518 Metropolitan Avenue

Date 05/31/2023

$ *********619.27

~~~Six Hundred Nineteen Dollars and 27/100

Pay to the
Order of
Cintas Corp
P.O. Box 630803
Cincinnati OH 45263-0803

RICHARD J. McCORD, Trustee

⑈00000 268⑈ ⑈