# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------x

In Re:  
Sid Boys, Corp. d/b/a Kellogg's Diner,  
       Debtor.

Case No. 21-42207-ess  
Chapter 7  
Hon. Elizabeth S. Stong

---------------------------------------x

## ORDER GRANTING APPLICATION
## FOR ALLOWANCE OF FINAL COMPENSATION AND EXPENSES
## TO MORGAN & BLEY, LTD.

Upon consideration of the Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred by Morgan & Bley, Ltd. ("M&B") during the period of their employment commencing June 13, 2022 through December 1, 2022; and

WHEREAS, Partial Objections having been filed by the Office of the United States Trustee and the Debtor, Sid Boys Corp. (collectively, the "Objectors"); and

WHEREAS, M&B agreeing to voluntarily reduce its requested fees from $186,460.20 to $149,515.80; and

WHEREAS, the Objectors having withdrawn their Partial Objections; the Chapter 7 Trustee, Richard McCord, being in agreement with the expenses and reduced fees requested by M&B; a hearing having been held before this Court to consider the Application; due notice having been given pursuant to Bankruptcy Rules of Procedure 2002(a)(7) and (c)(2); and due consideration having been given to the Application, M&B's agreement to voluntarily reduce the fees requested, the withdrawal of the Partial Objections, and the Chapter 7 Trustee's agreement to

the expenses and reduced fees sought by M&B; and sufficient cause having been shown therefor, it is hereby

ORDERED, that M&B is hereby awarded $149,515.80 in final compensation and $484.20 in expenses, for a total of $150,000.

Dated: Brooklyn, New York
July 26, 2023



Elizabeth S. Stong
United States Bankruptcy Judge