CULLEN AND DYKMAN LLP
Thomas R. Slome
333 Earle Ovington Blvd, 2nd Fl.
Uniondale, NY 11553
(516) 357-3700
tslome@cullenllp.com

*Counsel for 514 Fioto Property Corp.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

SID BOYS CORP D/B/A
KELLOGG'S DINER,

        Debtor.

-------------------------------------------------------------X

Chapter 7

Case No: 21-42207-ess

## NOTICE OF WITHDRAWAL OF 514 FIOTO PROPERTY CORP.'S PROOF OF CLAIM NUMBER 7

Creditor, 514 Fioto Property Corp. hereby withdraws its Proof of Claim No. 7 (the "Claim") including all amendments to the Claim, without prejudice to its rights against any other person or entity.

Dated: Uniondale, New York
       January 25, 2024

CULLEN AND DYKMAN LLP

By: /s/ *Thomas R. Slome*
      Thomas R. Slome

333 Earle Ovington Blvd. , 2nd Fl.
Uniondale, New York 11553
(516) 357-3700
*Counsel for 514 Fioto Property Corp.*

35162.1 20601860v1