**EXHIBIT E**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:
SID BOYS CORP DBA
KELLOGG'S DINER,                              Chapter 7
                                              Case No.: 21-42207-ess

                Debtor.
------------------------------------------------------------X
RICHARD J. MCCORD, ESQ., as Chapter 7 Trustee
for the Estate of Sid Boys Corp dba Kellogg's Diner,

                Plaintiff,         Adv. Pro. No. 24-01012-ess

-against-

IRENE SIDERAKIS individually and as the
Administrator of the ESTATE OF
CHRISTOS SIDERAKIS,

                Defendant.
------------------------------------------------------------X

## ORDER SHORTENING TIME FOR HEARINGS

**UPON** the Motion of Richard J. McCord, Esq. (the "**Trustee**" and "**Plaintiff**"), as Chapter 7 Trustee of the Estate (the "**Estate**") of Sid Boys Corp. d/b/a Kellogg's Diner (the "**Debtor**") for, among other things, an order shortening time to consider relief sought by the Debtor on an expedited basis [ECF Doc. No. ___] (the "Motion") and the Affirmation Pursuant to E.D.N.Y. LBR 9077-1(c) of Robert D. Nosek, seeking to shorten notice and schedule a hearing on the Motion; it is hereby

**ORDERED**, that, the Court shall conduct a hearing on the Moton on shortened notice before the Honorable Elizabeth S. Stong on **June __, 2024 at __:__ __.m.** (the "Hearing"), via Zoom for Government; and it is further

**ORDERED**, that, objections or responses, if any, to the Motion can and shall be filed and served by no later than 12:00 p.m. on _____, _____ _____, 2024 on (i) Certilman Balin Adler &

8314786.1

Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554; Attn: Richard J. McCord, Esq.; (ii) Office of the United States Trustee, Eastern District of New York – Brooklyn, Alexander Hamilton Custom House, One Bowling Green, Suite 510, New York, NY 10004-1408; Attn: Reema Lateef, Esq.; (iii) Schwartz Sladkus Reich Greenberg Atlas LLP, 444 Madison Avenue, New York, NY 10022; Attn: Jarrett G. Roth; (iv) Golenbock Eiseman Assor Bell & Peskoe LLP, 711 Third Avenue, 17th Floor, New York, NY 10017; Attn: Jonathan L. Flaxer, Esq. and Jeffrey A. Miller, Esq.; and (v) Virginia & Ambinder, LLP, 40 Broad Street, 7th Floor, New York, NY 10004; Attn: Michele Moreno, Esq.; and it is further

**ORDERED**, that the Trustee shall serve a copy of this Order and all supporting documents by e-mail (if known) and overnight delivery on (i) the Office of the United States Trustee; (ii) respective counsel to the parties having executed the Settlements; (iii) all parties having filed a notice of appearance in this case, and (iv) all other creditors and parties in interest in this case, with an affidavit of service to be filed by no later than June ___, 2024.